UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL REIFF,

    Plaintiff,

-vs-                              Case No. 2:23-cv-10513-LJM-JJCG
                                      Honorable Laurie J. Michelson

OFFICER BROC SETTY, in his
Individual capacity and CLINTON
TOWNSHIP,

    Defendants.

| MARKO LAW, PLLC | PEACOCK LAW, P.C. |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendants |
| BY: MICHAEL L. JONES (P85223) | BY: PETER W. PEACOCK (P37201) |
| 1300 Broadway Street, Fifth Floor | 18 First Street |
| Detroit, Michigan 48226 | Mt. Clemens, Michigan 48043 |
| (313) 777-7529 / fax (313) 771-5785 | (586) 469-0400 / fax (586) 221-4711 |
| Michael@markolaw.com | pete@peacocklawpc.com |

## **DEFENDANTS' AFFIRMATIVE DEFENSES**

NOW COME Defendants, OFFICER BROC SETTY and CLINTON TOWNSHIP, by and through their attorneys, PEACOCK LAW, P.C. by PETER W. PEACOCK, and file their Affirmative Defenses as follows:

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Plaintiff has failed to bring his claim timely pursuant to the Statute of Limitations.

3. Defendant is immune pursuant to governmental immunity.

1

4. Defendant is entitled to qualified governmental immunity.

5. Damages as asserted by Plaintiff are caused by others than the Defendants.

6. Plaintiff's claim is barred by res judicata.

7. Defendants reserve the right to add such other special and/or affirmative defenses as may become known through discovery and the failure to set forth additional defenses at this time shall not constitute a waiver of, or estoppel against, any such supplements or amendments.

>PEACOCK LAW, P.C.
>
> BY: /s/ Peter W. Peacock_____
> PETER W. PEACOCK (P37201)
> Attorney for Defendants
> 18 First Street
> Mt. Clemens, Michigan 48043
> (586) 469-0400

DATED: March 22, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2023, I served Defendants' Answer to Complaint and Affirmative Defenses via the CM/ECF system to Michael L. Jones, Esquire, 1300 Broadway Street, Fifth Floor, Detroit, Michigan 48226, michael@markolaw.com.

> BY: /s/ Peter W. Peacock
> Peter W. Peacock (P37201)