*Exhibit B*

# REIFF, DANIEL
## VS
## OFFICER BROC SETTY ET AL
### 1:23-CV-10513

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT, NORTHERN DIVISION**

| | |
|---|---|
| REQUESTOR: | PETER W. PEACOCK ESQ. (PEACOCK LAW, P.C.) |
| NAME ON RECORD: | DANIEL D. REIFF |
| A/K/A: | |
| DEPONENT: | HOOVER PRIMARY CARE MEDICAL GROUP |
| TREATED BY: | DR. FARAH SALEM |
| FILE #: | |
| FURNISHING: | RECORDS |
| CONTENTS/MEDIA: | RECORDS - DIGITAL (1) |

COPIES ORDERED BY:

RECORDS DEPOSITION SERVICE      JOB #:    **189054 - 3**



**RECORDS DEPOSITION SERVICE**
MIDWEST PROCESSING CENTER
P.O. BOX 5054    SOUTHFIELD, MI 48086-5054
P: (248) 357-3330   F: (248) 357-3837
REQUESTS@RECDEP.COM

# CERTIFICATION STATEMENT

TO:    ATTN: MEDICAL RECORDS                                                M   A
       HOOVER PRIMARY CARE MEDICAL GROUP

       28111 HOOVER RD, STE. 5A
       WARREN MI 48093

       **RDS JOB#:** 189054-3

          **DUE DATE:** NOVEMBER 8, 2023

          **CASE NAME:** SEE ATTACHED SUBPOENA FOR COMPLETE CASE CAPTION.

          **CASE NUMBER:** 1:23-CV-10513

          **NAME ON RECORD:** DANIEL DAVID REIFF

          **TREATED BY:** DR. FARAH SALEM

---

**JOB#:** 189054-3
**DUE:** 11-08-2023

**RECORDS DEPOSITION SERVICE, INC.**
**P.O. BOX 5054**
**SOUTHFIELD, MI 48086-5054**

Llalllaldladalalllldldaldladladl

☑ USE ADDRESS LABEL PROVIDED

🖨 FAX TO: 248.357.3837

📎 EMAIL TO: REQUESTS@RECDEP.COM

☁ UPLOAD AT WWW.RECDEP.COM

---

## IMPORTANT

**PLEASE SIGN AND RETURN WITH THE REQUESTED INFORMATION. YOUR PERSONAL APPEARANCE IS NOT REQUIRED.**

BY SIGNING BELOW, I HEREBY CERTIFY THAT ALL REQUESTED INFORMATION HAS BEEN SUBMITTED.

PLEASE NOTE:   IF THE FOLLOWING INFORMATION WAS REQUESTED ON THE ATTACHED SUBPOENA AND IS NOT IN YOUR POSSESSION, PLEASE CHECK THE APPROPRIATE BOX(ES) BELOW. STATE THE REASON AND SIGN BELOW.

|  | NOT AVAILABLE | PLEASE PROVIDE REASON OR INDICATE LOCATION WE SHOULD CONTACT |
|---|---|---|
| RECORDS | ☐ | |
| BILLINGS | ☑ | |
| RADIOLOGICAL IMAGES | ☐ | |
| BETTER COPIES/IMAGES | ☐ | |
| OTHER (SPECIFY) | ☐ | |

**48 RDS**

X _af_                          X 11/02/23                     X 57
CERTIFIED BY:                   DATE                           NUMBER OF PAGES/FILMS/PHOTOS

RDS FORMS - C102A

REIFF, DANIEL, M,

Salem Medical PC
28111 Hoover Rd. Suite 5A, Warren, MI-48093-4153,
586-578-9606

Address

Patient Vaccine Administration Record

No. of Immunizations: 0

| Vaccine | Date Given | Dose | Location | Lot No. | Manufacturer | Exp Date | Given By |
|---------|-----------|------|----------|---------|--------------|----------|----------|

This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:**          (35 yo M) **Acc No.** 13886 **DOS:** 08/16/2023

REIFF, DANIEL



Gaar

08/16/2023                                          Progress Notes: FARAH K SALEM, MD

## Current Medications

**Taking**

- Lisinopril 20 MG Tablet 1 tablet Orally twice
- Famotidine 40 MG Tablet 1 tablet as needed Orally Once a day
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet on an empty stomach Orally Twice a day
- Methadone HCl 10 MG Tablet as directed Orally once a day , Notes to Pharmacist: pt taking 125 mg
- Ondansetron HCl 4 MG Tablet 1 tablet as needed Orally Once a day
- Senna-Docusate Sodium 8.6-50 MG Tablet 2 tablet in the evening as needed Orally Once a day
- hydrOXYzine HCl 10 MG Tablet 1 tablet Orally Once a day
- cloNIDine HCl 0.1 MG Tablet 1 tablet Orally twice a day
- SEROquel 25 MG Tablet 1 tablet at bedtime Orally Once a day
- Mirtazapine 15 MG Tablet 1 tablet at bedtime Orally Once a day
- Ergocalciferol 50000 UNIT Capsule 1 capsule Orally ONCE/WK
- Furosemide 20 MG Tablet 1 tablet Orally Once a day

**Not-Taking**

- Amoxicillin 875 MG Tablet 1 tablet Orally Twice a day
- Gabapentin 400 MG Capsule 1 capsule Orally Once a day

Medication List reviewed and reconciled with the patient

## Past Medical History

Hypertension.
Anxiety.
Depression.
Bipolar disorder.
Legally blind.
Kidney problems.

## Surgical History

ocular removal 4-2-2021
reconstructive surgery (skull) 6/2021

## Reason for Appointment

1. 4 month f/u
2. Refill for lisinopril (states been out of Rx for couple days)

## History of Present Illness

Constitutional:
    Denies : Dizziness.
    Denies : Fever.
    Denies : SOB.
    Denies : chest pain.
    Denies : vomiting.
    Denies : Abdominal Pain.
    Denies : Frequent Urination.
    Denies : Ankle or Leg Swelling.
    Denies : cough.
    Denies : diarrhea.
    Denies : constipation.
    Denies : fever.
    Denies : Myalgia.
    Denies : HA.

## Vital Signs

HR: **88** /min, BP: 132/103 mm Hg, Wt: **209** lbs, BMI: 29.98 Index, Ht-cm: 177.8 cm, Oxygen sat: **100** %, Ht: 5'10", Wt-kg: 94.8 kg.

## Examination

General Examination:
    GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
    HEAD: normocephalic, atraumatic.
    EYES: pupils equal, round, reactive to light and accommodation.
    EARS: normal.
    ORAL CAVITY: mucosa moist.
    THROAT: clear.
    NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
    SKIN: no suspicious lesions, warm and dry.
    HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
    LUNGS: clear to auscultation bilaterally.
    ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
    EXTREMITIES: no clubbing, cyanosis, or edema.

Progress Note: FARAH K SALEM, MD   08/16/2023

REIFF, DANIEL **DOB:** (35 yo M) Acc No. 13886
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 08/16/2023

**Family History**
Father: alive, heart disease and anxiety,
diagnosed with Hypertension
Mother: alive, diagnosed with
Hypertension
2 sister(s) - healthy. 2 son(s) - healthy.

**Social History**
Tobacco Use:
Tobacco Use/Smoking
  Are you a *former smoker*
  How long has it been since you last
smoked? *< 1 month*

**Allergies**
N.K.D.A.

**Hospitalization/Major
Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
the 14 points ROS were all negative else
than what mentioned in HPI.

NEUROLOGIC: nonfocal, motor strength normal upper and lower
extremities, sensory exam intact.

**Assessments**
1. Accelerated essential hypertension - I10 (Primary)
2. Snoring - R06.83
3. Elevated liver enzymes - R74.8
4. Abnormal EKG - R94.31
5. BMI 29.0-29.9,adult - Z68.29
6. Non compliance with medical treatment - Z91.199
7. Encounter for medication refill - Z76.0
8. Liver cyst - K76.89
9. Vitamin D deficiency - E55.9

**Treatment**
**1. Accelerated essential hypertension**
Refill Lisinopril Tablet, 20 MG, 1 tablet, Orally, twice, 90 days, 180, Refills 0
Refill hydrOXYzine HCl Tablet, 25 MG, 1 tablet, Orally, q 12 hrs, 30 days,
60, Refills 3
Start Metoprolol Succinate Capsule ER 24 Hour Sprinkle, 25 MG, 1 capsule,
Orally, Once a day, 90 days, 90 Capsule, Refills 1
  IMAGING: Echocardiogram

**2. Snoring**
Referral To:Mihai Iliesiu   Sleep Medicine
      Reason:

**3. Abnormal EKG**
  IMAGING: Echocardiogram

**4. BMI 29.0-29.9,adult**
Notes: Counseled patient on commitment to dietary restriction, weight
management, and increasing activity level. Patient was counseled on
increasing their exercise. Discussed moderate exercise including walking.
Discussed the importance of diet and weight management on their physical,
mental, and emotional health. Healthy lifestyle discussed with patient,
including diet, vitamin supplement, exercise, non-smoking, safe sexual
practices and reduction of stress. Assessment and plan reviewed with
patient. Diet and exercise reviewed with patient

**5. Encounter for medication refill**
Notes: All meds, refills given.

**6. Others**
Notes: Pt is here today for his 4 month f/u.
Patient's blood pressures is high today , will adjust medications, d/w pt and
pt agreed, we reviewed all his meds and he takes the Lasix as needed. **I will
adjust the dose of pts Hydroxyzine to 25mg and I will also add low
dose Coreg.**
Pt did have his mother through facetime and she reported pt has been
having more panic attacks due to his anxiety, which is why I adjusted pts
hydroxyzine
All patient previous labs and diagnostic imaging were reviewed by me in
details, pt is still anemic and all other bloodwork ran by Dr. Tayeb in MAY
2023 was stable.

REIFF, DANIEL **DOB:**
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:**                    (35 yo M) **Acc No.** 13886 **DOS:** 08/16/2023

No SOB or chest pain, no lower extremity swelling, no abdominal pain when pressure is applied.
I am also rechecking pts blood pressure in office.
**I will also refer pt to sleep medicine for a sleep study and order pt a ECHO**
**Before I change pts medications I will recheck pts bloodwork, giving pt script.**

Clinical Notes: Patient's blood pressures is high today , will adjust medications, d/w pt and pt agreed Counseled patient on commitment to dietary restriction, weight management, and increasing activity level. Patient was counseled on increasing their exercise. Discussed moderate exercise including walking. Discussed the importance of diet and weight management on their physical, mental, and emotional health. all patient previous labs and diagnostic imaging were reviewed by me in details Time spent with patient direct care on the day of visit including counseling, education and care, including assessment, discussion and treatment, reviewing all recent labs and radiology and medical records personally, and coordinating care with staff was 50 mins
This dictation was prepared using Dragon Medical voice recognition software. As a result, errors may occur. When identified, these transcriptional errors have been corrected. While every attempt is made to correct errors during dictation, errors may still exist

Procedure Codes
36415 VENIPUNCT, ROUTINE*
G8427 DOC MEDS VERIFIED W/PT OR RE

Follow Up
4m, ECHO, sleep ref, bloodwork script

Electronically signed by FARAH SALEM , M.D. on 11/02/2023 at 02:50 PM EDT

Sign off status: Pending

Salem Medical PC
28111 Hoover Rd.

Progress Note: FARAH K SALEM, MD   08/16/2023

REIFF, DANIEL DOB:
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:**          (35 yo M) **Acc No.** 13886 **DOS:** 08/16/2023

Suite 9A
Warren, MI 48092-4452
Tel: 586-978-9606
Fax: 586-378-9806

---

Progress Note FARAH K SALEM, MD   08/16/2023



## Salem Medical PC

26111 Hoover Rd   Suite 5A
Warren MI 490934153
Ph: 586-578-9606  Fax:586-578-9906

## Tobacco Control

Name: DANIEL REIFF  Date: 08/16/2023

### Are you a

☐ current smoker

☑ former smoker

☐ nonsmoker

☐ current every day smoker

☐ current some day smoker

☐ Smoker current status unknown

☐ unknown if ever smoked

☐ light tobacco smoker

☐ heavy tobacco smoker

☐ Uses tobacco in other forms

#### If 'former smoker': How long has it been since you last smoked?

☑ < 1 month

☐ 1-3 months

☐ 3-6 months

☐ 6-12 months

☐ 1-5 years

☐ 5-10 years

☐ > 10 years

### Additional Findings: Tobacco User

☐ Chain smoker

☐ Chews fine cut tobacco

☐ Chews loose leaf tobacco

☐ Chews plug tobacco

☐ Chews tobacco

REIFF, DANIEL DOB: Case 2:23-cv-10513-LJM-KGA ECF No. 16-3, PageID.1993 Filed 09/13/24 Page 10 of 51
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL DOB: 34 yo M) Acc No. 13886

- Chews twist tobacco
- Heavy cigarette smoker (20-39 cigs/day)
- Light cigarette smoker ((1-9 cigs/cay)
- Moderate cigarette smoker (10-19 cigs/day)
- Pipe smoker
- Rolls own cigarettes
- Snuff user
- Trivial cigarette smoker (less than one cigarette/day)
- User of moist powdered tobacco
- Very heavy cigarette smoker (40+ cigs/day)

## Additional Findings: Tobacco Non-User

- Aggressive non-smoker
- Current non-smoker
- Current non-smoker, but past smoking history unknown
- Does not use moist powdered tobacco
- Ex-cigar smoker
- Ex-cigarette smoker
- Ex-cigarette smoker amount unknown
- Ex-heavy cigarette smoker (20-30/day)
- Ex-light cigarette smoker (1-9/day)
- Ex-moderate cigarette smoker (10-19/day)
- Ex-pipe smoker
- Ex-trivial cigarette smoker (<1/day)
- Ex-user of moist powdered tobacco
- Ex-very heavy cigarette smoker (40+/day)
- Intolerant ex-smoker
- Intolerant non-smoker
- Never chewed tobacco
- Never used moist powdered tobacco
- Non-smoker for medical reasons
- Non-smoker for personal reasons
- Non-smoker for religious reasons
- Tolerant ex-smoker

REIFF, DANIEL DOB: (35 yo M) Acc No. 13886|Doc Name:Tobacco Control 2023-8-16 10:44:7
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL DOB:          (34 yo M) Acc No. 13886

Tolerant non-smoker

Powered By eClinicalWorks LLC.

REIFF, DANIEL DOB: (35 yo M) Acc No. 13886
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 04/03/2023

REIFF, DANIEL

FARAH SALEM, MD  Doctor Medicine

Kosmo Primary Care Medical Group

04/03/2023                                                    Progress Notes: FARAH K SALEM, MD

## Current Medications

**Taking**
- Famotidine 40 MG Tablet 1 tablet as needed Orally Once a day
- Pantoprazole Sodium 40 MG Tablet Delayed Release 1 tablet Orally Once a day
- Sucralfate 1 GM Tablet 1 tablet on an empty stomach Orally Twice a day
- Methadone HCl 10 MG Tablet as directed Orally Once a day , Notes to Pharmacist: pt takes 135 mg liquid form
- Furosemide 20 MG Tablet 1 tablet Orally Once a day
- Lisinopril 20 MG Tablet 1 tablet Orally twice a day
- Ondansetron HCl 4 MG Tablet 1 tablet as needed Orally Once a day
- hydrOXYzine HCl 10 MG Tablet 1 tablet Orally Once a day
- Ergocalciferol 50000 UNIT Capsule 1 capsule Orally ONCE/WK
- cloNIDine HCl 0.1 MG Tablet 1 tablet Orally twice a day
- Mirtazapine 15 MG Tablet 1 tablet at bedtime Orally Once a day
- SEROquel 25 MG Tablet 1 tablet at bedtime Orally Once a day
- Senna-Docusate Sodium 8.6-50 MG Tablet 2 tablet in the evening as needed Orally Once a day

**Not-Taking**
- Amoxicillin 875 MG Tablet 1 tablet Orally Twice a day
- Gabapentin 400 MG Capsule 1 capsule Orally Once a day
Medication List reviewed and reconciled with the patient

## Past Medical History
Hypertension.
Anxiety.
Depression.
Bipolar disorder.
Legally blind.
Kidney problems.

## Surgical History
ocular removal 4-2-2021
reconstructive surgery (skull) 6/2021

## Reason for Appointment
1. 3 month f/u

## History of Present Illness
Constitutional:
  Denies : Dizziness.
  Denies : Fever.
  Denies : SOB.
  Denies : chest pain.
  Denies : Abdominal Pain.
  Denies : Frequent Urination.
  Denies : Ankle or Leg Swelling.
  Denies : cough.
  Denies : diarrhea.
  Denies : constipation.
  Denies : fever.

## Vital Signs
HR: **64** /min, BP: 136/109 mm Hg, Wt: **206** lbs, BMI: 29.35 Index, Ht-cm: 177.8 cm, Oxygen sat: **97** %, Ht: 5'10", Wt-kg: 93.44 kg.

## Examination
General Examination:
  GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
  HEAD: normocephalic, atraumatic.
  EYES: pupils equal, round, reactive to light and accommodation.
  EARS: normal.
  ORAL CAVITY: mucosa moist.
  THROAT: clear.
  NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
  SKIN: no suspicious lesions, warm and dry.
  HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
  LUNGS: clear to auscultation bilaterally.
  ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
  EXTREMITIES: no clubbing, cyanosis, or edema.
  NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

## Assessments

Progress Note: FARAH K SALEM, MD  04/03/2023

REIFF, DANIEL DOB: Case 2:23-cv-10513-LJM-KGA ECF No. 46-3, PageID.1996 Filed 09/13/24 Page 13 of 51
(35 yo M) Acc No. 13886
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:**          (35 yo M) **Acc No.** 13886 **DOS:** 04/03/2023

**Family History**
Father: alive, heart disease and anxiety, diagnosed with Hypertension
Mother: alive, diagnosed with Hypertension
2 sister(s) - healthy. 2 son(s) - healthy.

**Social History**
Tobacco Use:
Tobacco Use/Smoking
  Are you a *current smoker*
  How often do you smoke cigarettes? *every day*
  How many cigarettes a day do you smoke? *6-10*

**Allergies**
N.K.D.A.

**Hospitalization/Major**

**Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
All Other Systems:
  Review of Systems (ROS) **All others negative except those mentioned in HPI.**

1. Cognitive dysfunction - F09 (Primary)
2. BMI 29.0-29.9,adult - Z68.29
3. Acquired absence of eye - Z90.01, left
4. Polysubstance (including opioids) dependence with physiol dependence - F19.20
5. Tattoo of skin - L81.8
6. Accelerated essential hypertension - I10
7. Anxiety - F41.9
8. Leg swelling - M79.89
9. Non compliance with medical treatment - Z91.199
10. Elevated alkaline phosphatase level - R74.8

**Treatment**
**1. Cognitive dysfunction**
Stop Lisinopril Tablet, 20 MG, 1 tablet, Orally, twice a day
Start Losartan Potassium Tablet, 100 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet, Refills 0

**2. Others**
Notes: **Patient is here for follow-up also he needs a few refills. Patient stated he is going through some issues and he has been feeling very anxious as he is supposed to go to court to fight against some problem he had with the police in the past couple years and this resulted him in having absence of his left eye ball. . Patient first time mentioning this to me and he never brought this up neither him nor his family. And also his mom at the bedside requesting referral to 2 doctors one of them is a neuropsychiatric referral to chart check for any cognitive dysfunction and also for a neurologist.**

**We will provide him with those referrals.**

**Patient continues to be noncompliant today he did not take his lisinopril as blood pressure is very high he stated he is so nervous he thinks this blood pressure medication lisinopril causing her to be swollen. I did warn him against him stopping any medication without letting us know.**

**He continues to see a psych counseling and he continues to take methadone and other medication that is provided by the addiction medicine.**

**For his high blood pressure we will stop lisinopril and add losartan and patient was encouraged to check his blood pressure on daily basis at home.**

**Also I did review his a previous of blood work that was done at a different facility.**

**Today we will get EKG to rule out any possible QT prolongation.**

**Patient was counseled extensively against any polysubstance abuse and not to take any medication does not prescribed and was counseled extensively about using opioids.**

Case 2:23-cv-10513-LJM-KGA ECF No. 46-3, PageID.1997 Filed 09/13/24 Page 14 of 51
REIFF, DANIEL DOB: (35 yo M) Acc No. 13886
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 04/03/2023

**Patient also was counseled against any alcohol abuse or dependence.**

Patient's blood pressures is high today , will adjust medications, d/w pt and pt agreed.

Counseled patient on commitment to dietary restriction, weight management, and increasing activity level.

Patient was counseled on increasing their exercise. Discussed moderate exercise including walking. Discussed the importance of diet and weight management on their physical, mental, and emotional health.

all patient previous labs and diagnostic imaging were reviewed by me in details.

Patient was counseled extensively regarding opioid use, its side effects, and risk and benefits, and addiction potential. Patient understood. Patient was also instructed that my office will be checking monthly MAPs report for his pain medications use and patient understands that they should not get their pain medications from different physician as they signed the pain agreement.

Patient is noncompliant with medical management and follow-up patient understand the consequences when she does not follow medical advice is include medication and doctors follow-up

Clinical Notes: Time spent with patient direct care on the day of visit including counseling, education and care, including assessment, discussion and treatment, reviewing all recent labs and radiology and medical records personally, and coordinating care with staff was 60 mins

Procedure Codes
96160 PT-FOCUSED HLTH RISK ASSMT
G8427 DOC MEDS VERIFIED W/PT OR RE
G8417 BMI >=30 CALCUATE W/FOLLOWUP
93000 -ELECTROCARDIOGRAM, COMPLETE

Follow Up
4 Months, 2 referals



Electronically signed by FARAH SALEM , M.D. on 13/04/2023 at 02:50 PM EDT

Sign off status: Pending

This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:**      (35 yo M) **Acc No.** 13886 **DOS:** 04/03/2023

Salem Medical PC
28111 Hoover Rd.
Suite 3A
Warren, MI 48093-4853
Tel: 586-978-9606
Fax: 586-978-9608

Progress Note: FARAH K SALEM, MD    04/03/2023

*Note prepared by Administrative Exhibit Software (www.adminexhibit.com)*

REIFF, DANIEL **DOB:** (35 yo M) Acc No. 13886
This Progress Notes documentation is IN PROGRESS

---

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 01/03/2023

REIFF, DANIEL



01/03/2023                                     Progress Notes: FARAH K SALEM, MD

**Current Medications**

**Taking**
- Methadone HCl 10 MG Tablet as directed Orally Once a day , Notes to Pharmacist: pt takes 135 mg liquid form
- Ondansetron HCl 4 MG Tablet 1 tablet Orally Once a day
- Senna-Docusate Sodium 8.6-50 MG Tablet 2 tablet in the evening as needed Orally Once a day
- SEROquel 25 MG Tablet 1 tablet at bedtime Orally Once a day
- Ergocalciferol 50000 UNIT Capsule 1 capsule Orally ONCE/WK
- hydrOXYzine HCl 10 MG Tablet 1 tablet Orally Once a day
- cloNIDine HCl 0.1 MG Tablet 1 tablet Orally twice a day , Notes to Pharmacist: dc coreg
- Mirtazapine 15 MG Tablet 1 tablet at bedtime Orally Once a day
- Furosemide 20 MG Tablet 1 tablet Orally Once a day
- Lisinopril 20 MG Tablet 1 tablet Orally twice a day

**Not-Taking**
- Amoxicillin 875 MG Tablet 1 tablet Orally Twice a day
- Gabapentin 400 MG Capsule 1 capsule Orally Once a day
Medication List reviewed and reconciled with the patient

**Past Medical History**
Hypertension.
Anxiety.
Depression.
Bipolar disorder.
Legally blinf.
Kidney problems.

**Surgical History**
ocular removal 4-2-2021
reconstructive surgery (skull) 6/2021

**Family History**
Father: alive, heart disease and anxiety, diagnosed with Hypertension

**Reason for Appointment**
1. 4 month f/u

**History of Present Illness**
Depression Screening:
PHQ-2 (2015 Edition)
Little interest or pleasure in doing things? *Not at all*
Feeling down, depressed, or hopeless? *Not at all*
Total Score 0
Constitutional:
Denies : Dizziness.
Denies : Fever.
Denies : SOB.
Denies : chest pain.
Denies : Abdominal Pain.
Denies : Frequent Urination.
Denies : Ankle or Leg Swelling.
Denies : cough.
Denies : diarrhea.
Denies : constipation.
Denies : fever.

**Vital Signs**
HR: **66** /min, BP: 145/101 mm Hg, Wt: **198** lbs, BMI: 28.41 Index, Ht-cm: 177.8 cm, Oxygen sat: **96** %, Ht: 5'10", Wt-kg: 89.81 kg.

**Examination**
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
ORAL CAVITY: mucosa moist.
THROAT: clear.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
SKIN: no suspicious lesions, warm and dry.
HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.

---

Progress Note: FARAH K SALEM, MD    01/03/2023

REIFF, DANIEL **DOB:**          (35 yo M) **Acc No.** 13886 **DOS:** 01/03/2023

Mother: alive, diagnosed with
Hypertension
2 sister(s) - healthy. 2 son(s) - healthy.

**Social History**
Tobacco Use:
Tobacco Use/Smoking
  Are you a *current smoker*
  How often do you smoke cigarettes?
*every day*
  How many cigarettes a day do you
smoke? *6-10*
Drugs/Alcohol:
Alcohol Screen (Audit-C)
  Did you have a drink containing alcohol
in the past year? *No*
  Points *0*
  Interpretation *Negative*

**Allergies**
N.K.D.A.

**Hospitalization/Major**

**Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
All Other Systems:
  Review of Systems (ROS) **All
  others negative except those
  mentioned in HPI.**

EXTREMITIES: no clubbing, cyanosis, or edema.
NEUROLOGIC: nonfocal, motor strength normal upper and lower
extremities, sensory exam intact.

**Assessments**
1. Accelerated essential hypertension - I10 (Primary)
2. BMI 28.0-28.9,adult - Z68.28
3. Depression screening - Z13.31
4. Alcohol screening - Z13.39
5. Anxiety - F41.9
6. Alcohol dependence in remission - F10.21
7. History of hepatitis C - Z86.19, s/p treatment
8. Dental infection - K04.7

**Treatment**
**1. Accelerated essential hypertension**
Notes: Patient states blood pressure is high because he is in pain from his
dentures as he has problem with his gown and dentures trying to get to have
his dentist and his appointment not until few more weeks

**2. Alcohol dependence in remission**
Notes: Patient stated he is not drinking anymore and he is fully aware of all
the side effect and adverse effect of alcohol on his body

**3. History of hepatitis C**
Notes: **was seen by GI recently and was told his hep c was
eradicated with treatment and i reviewed all blood work , liver
enzymes all back to normal**

**4. Dental infection**
Refill Amoxicillin Tablet, 875 MG, 1 tablet, Orally, Twice a day, 7 days, 14
Tablet, Refills 0
Notes: We will start the patient on antibiotics till seen by his dentist

**5. Others**
Notes: Patient's blood pressures are mildly elevated. Recommend to
continue with same medication(s) at the present time, but will monitor
closely and if persistently elevated I will further increase the medication(s).
patient was counseled on dealing with stress. Patient denies suicidal ideation
and if anxiety start interfering with daily life activities, will need to refer to
psych or start meds.
Counseled patient on commitment to dietary restriction, weight
management, and increasing activity level.
Patient was counseled on increasing their exercise. Discussed moderate
exercise including walking. Discussed the importance of diet and weight
management on their physical, mental, and emotional health.
all patient previous labs and diagnostic imaging were reviewed by me in
details
Patient was counseled extensively regarding all the opioid adverse reaction
that he is taking and addiction patient continued to receive methadone from
methadone clinic

Clinical Notes: Time spent with patient direct care on the day of visit
including counseling, education and care, including assessment, discussion

REIFF, DANIEL DOB: (35 yo M) Acc No. 13886
Case 2:23-cv-10513-LJM-KGA ECF No. 46-3, PageID.2001 Filed 09/13/24 Page 18 of 51
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:**    (35 yo M) **Acc No.** 13886 **DOS:** 01/03/2023

and treatment, reviewing all recent labs and radiology and medical records
personally, and coordinating care with staff was 50 mins

Procedure Codes
G0444 ANNUAL DEPRESSION SCREENING 15 MIN
99408 Alcohol and Substance Abuse screening

Follow Up
3 Months

Electronically signed by FARAH SALEM , M.D. on 11/02/2023 at
02:50 PM EDT

Sign off status: Pending

Salem Medical PC
2801 Hoover Rd,
Suite 9A
Warren, MI 48093453
Tel: 586-778-9606
Fax: 586-578-9806

Progress Note: FARAH K SALEM, MD    01/03/2023

this encounter is eClinicalworks EMR/PM Software www.eClinicalworks.com

REIFF, DANIEL DOB:          34 yo M) Acc No. 13886



## Salem Medical PC

28111 Hoover Rd. Suite 6A
Warren MI 480934153
Ph: 586-576-9606 Fax:586-576-9806

## Depression Screening PHQ2 (2015 Edition)

**Name:** DANIEL REIFF    **Date:** 01/03/2023

Over the past 2 weeks, how often have you been bothered by any of the following problems:

### Little interest or pleasure in doing things?

☑ Not at all

☐ Several days

☐ More than half the days

☐ Nearly every day

☐ Declined to specify

### Feeling down, depressed, or hopeless?

☑ Not at all

☐ Several days

☐ More than half the days

☐ Nearly every day

☐ Declined to specify

**Total Score: 0**

### Interpretation

| Score | Probability of major depressive disorder (%) | Probability of any depressive disorder (%) |
|---|---|---|
| 1 | 15.4 | 36.9 |
| 2 | 21.1 | 48.3 |
| 3 | 38.4 | 75.0 |
| 4 | 45.5 | 81.2 |
| 5 | 56.4 | 84.6 |
| 6 | 78.6 | 92.9 |

### Interpretation of Total Score

REIFF, DANIEL DOB: Case 2:23-cv-10513-JM-KGA ECF No. 13886|Doc Name:PHQ2 (2015 Edition) 2023-1-3 12:43:35 Page 20 of 51
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL DOB:                    (34 yo M) Acc No. 13886

* 0=Declined to Specify
* 0=Not at all
* 1=Several days
* 2=More than half the days
* 3=Nearly every day

Source: Adapted from materials prepared by: Spitzer RL, Kroenke K, Williams JB, et al. (1 0 November 1999). "Validation and utility of a self-report version of PRIME-MD: the PHQ primary care study". JAMA. 282 (18): 1737-44. doi:10.1001/jama.282.18.1737 and Kroenke K, Spitzer RL, Williams JB, The Patient Health Questionnaire-2: Validity of a Two-Item Depression Screener. Medical Care 2003, (41) 1284-1294

Powered by eClinicalWorks LLC.

REIFF, DANIEL DOB: Case 2:23-cv-10513-EJM-KGA ECF No. 16-3, PageID.2004 Filed 09/13/24 Page 21 of 51
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL DOB: 34 yo M) Acc No. 13886



## Salem Medical PC
28111 Hoover Rd.  Suite 5A
Warren MI 480934153
Ph: 586-575-9606 Fax:586-575-9606

### ALCOHOL MISUSE/ABUSE (AUDIT C)

Name: DANIEL REIFF   Gender: male   Date: 01/03/2023

**Did you have a drink containing alcohol in the past year?**

☐ Yes

☑ No

Points 0

**Interpretation**

☐ Positive

☑ Negative

### Interpretation

The AUDIT-C is scored on a scale of 0-12 (scores of 0 reflect no alcohol use).

- In men, a score of 4 or more is considered positive.
- In women, a score of 3 or more is considered positive.

Source: Adapted from materials prepared by: Bush K, Kihlavan DR, McConell MB, Flhn SD, Bradley KA. The AUDIT alcohol consumption questions (AUDIT-C): An effective brief screening test for problem drinking. Arch Intern Med 1998;158(16):1789-1795.

Powered By: eClinicalWorks LLC

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 08/23/2022

REIFF, DANIEL

FARAH SALEM, MD  Internal Medicine
Korner Primary Care Medical Group

08/23/2022                                    Progress Notes: FARAH K SALEM, MD

## Current Medications

**Taking**
- SEROquel 25 MG Tablet 1 tablet at bedtime Orally Once a day
- Methadone HCl 10 MG Tablet as directed Orally Once a day , Notes to Pharmacist: pt takes 165 mg
- hydrOXYzine HCl 10 MG Tablet 1 tablet Orally Once a day
- Mirtazapine 15 MG Tablet 1 tablet at bedtime Orally Once a day
- Senna-Docusate Sodium 8.6-50 MG Tablet 2 tablet in the evening as needed Orally Once a day
- Ondansetron HCl 4 MG Tablet 1 tablet Orally Once a day
- Lisinopril 20 MG Tablet 1 tablet Orally twice a day
- cloNIDine HCl 0.1 MG Tablet 1 tablet Orally twice a day , Notes to Pharmacist: de coreg
- Furosemide 20 MG Tablet 1 tablet Orally Once a day
- Ergocalciferol 50000 UNIT Capsule 1 capsule Orally ONCE/WK

**Not-Taking**
- Amoxicillin 875 MG Tablet 1 tablet Orally Twice a day
- Gabapentin 400 MG Capsule 1 capsule Orally Once a day

Medication List reviewed and reconciled with the patient

## Past Medical History

Hypertension.
Anxiety.
Depression.
Bipolar disorder.
Legally blint.
Kidney problems.

## Surgical History

ocular removal 4-2-2021
reconstructive surgery (skull) 6/2021

## Family History

Father: alive, heart disease and anxiety, diagnosed with Hypertension

## Reason for Appointment

1. 3 month f/u
2. Discuss increasing dosage of ondansetron
3. Seroquel, and hydroxyzin refill

## History of Present Illness

Constitutional:
Denies : Dizziness.
Denies : Fever.
Denies : SOB.
Denies : chest pain.
Denies : vomiting.
Denies : Abdominal Pain.
Denies : Frequent Urination.
Denies : Ankle or Leg Swelling.
Denies : cough.
Denies : diarrhea.
Denies : constipation.
Denies : fever.

## Vital Signs

HR: **65** /min, BP: **137/83** mm Hg, Wt: **189** lbs, BMI: 27.12 Index, Ht-cm: 177.8 cm, Oxygen sat: **95** %, Ht: 5'10", Wt-kg: 85.73 kg.

## Examination

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
ORAL CAVITY: mucosa moist.
THROAT: clear.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
SKIN: no suspicious lesions, warm and dry.
HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
EXTREMITIES: no clubbing, cyanosis, or edema.

This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:**                (35 yo M) **Acc No.** 13886 **DOS:** 08/23/2022

Mother: alive, diagnosed with
Hypertension
2 sister(s) - healthy. 2 son(s) - healthy.

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *current smoker*
How often do you smoke cigarettes?
*every day*
How many cigarettes a day do you
smoke? *6-10*

**Allergies**
N.K.D.A.

**Hospitalization/Major**
**Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
All Other Systems:
Review of Systems (ROS) **All
others negative except those
mentioned in HPI.**

NEUROLOGIC: nonfocal, motor strength normal upper and lower
extremities, sensory exam intact.

**Assessments**
1. Medication refill - Z76.0 (Primary)
2. BMI 27.0-27.9,adult - Z68.27
3. Anxiety - F41.9
4. Elevated liver enzymes – R74.8
5. Hepatitis C antibody test positive - R76.8
6. Alcohol dependence with unspecified alcohol-induced disorder - F10.29
7. Polysubstance (excluding opioids) dependence - F19.20

**Treatment**
**1. BMI 27.0-27.9,adult**
Refill SEROquel Tablet, 25 MG, 1 tablet at bedtime, Orally, Once a day, 30
days, 30, Refills 2
Refill Ondansetron HCl Tablet, 4 MG, 1 tablet, Orally, Once a day, 30 days,
30 Tablet, Refills 2
Refill hydrOXYzine HCl Tablet, 10 MG, 1 tablet, Orally, Once a day, 30 days,
30, Refills 2

**2. Others**
Notes: **Patient is here for follow-up he claims he is had to quit
alcohol drinking for the past 20 days and he has been following
up with GI and he was recently started on some medication for
acid reflux. Patient also needs refill on his medication he is
stating he wants to use Zofran more than once a day explained to
him because he has a risk of QT prolongation and side effect I
cannot give it to him more than once a day specially with the rest
of his medication he also needs a refill on his Seroquel and I did
do EKG when his a QT was within normal limits and I did order
him blood work including his BMP and magnesium level that he
needs to get it done and I encouraged him to follow-up with a
psychiatrist. Patient was given prescription for blood work and I
will consult with him extensively regarding the risk of opioid
dependence and use that he has been using the methadone.
Patient is very high risk for complication and and other problem
because of his polysubstance abuse**
Prognosis is guarded for this patient
Patient was counseled extensively against alcohol use and patient was
counseled extensively regarding alcohol cessation information were given
for AA program and patient was encouraged to follow-up with psych for help
and counseling. Patient understands very well the risk of her continue to
drink alcohol on her health.
Patient's blood pressures are well controlled. Recommend continue with
same medication(s).
Counseled patient on commitment to dietary restriction, weight
management, and increasing activity level.
Patient was counseled on increasing their exercise. Discussed moderate
exercise including walking. Discussed the importance of diet and weight
management on their physical, mental, and emotional health.
Patient is at high risk of stroke, heart attack, and sudden cardiac death.
Patient is aware.
all patient previous labs and diagnostic imaging were reviewed by me in
details.

REIFF, DANIEL **DOB:** (35 yo M) Acc No. 13886

This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 08/23/2022

Patient was counseled extensively regarding opioid use, its side effects, and risk and benefits, and addiction potential. Patient understood. Patient was also instructed that my office will be checking monthly MAPs report for his pain medications use and patient understands that they should not get their pain medications from different physician as they signed the pain agreement.

Patient is noncompliant with medical management and follow-up patient understand the consequences when she does not follow medical advice is include medication and doctors follow-up

Clinical Notes: Time spent with patient on counseling, education and care, including assessment, discussion and treatment, reviewing all recent labs and radiology and medical records personally, and coordinating care with staff was 50 mins.

Procedure Codes
G8427 DOC MEDS VERIFIED W/PT OR RE
G8752 MOST RECENT SYSTOLIC BP < 140MM HG
G8754 MOST RECENT DIASTOLIC BP < 90MM HG
93000 -ELECTROCARDIOGRAM, COMPLETE

Follow Up
4 Months



Electronically signed by FARAH SALEM , M.D. on 11/02/2023 at 02:50 PM EDT

Sign off status: Pending

Salem Medical PC
28155 Hoover Rd.
Suite 5A
Warren, MI 48093-4483
Tel: 586-978-0606
Fax: 586-978-0806

Progress Note: FARAH K SALEM, MD   08/23/2022

Note generated by eClinicalWorks EMR/PM Software from eClinicalWorks.com

This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 05/26/2022

REIFF, DANIEL



05/26/2022 Progress Notes: FARAH K SALEM, MD

### Current Medications
**Taking**
- SEROquel 25 MG Tablet 1 tablet at bedtime Orally Once a day
- Methadone HCl 10 MG Tablet as directed Orally Once a day , Notes to Pharmacist: pt takes 165 mg
- hydrOXYzine HCl 10 MG Tablet as directed Orally
- Mirtazapine 15 MG Tablet 1 tablet at bedtime Orally Once a day
- Senna-Docusate Sodium 8.6-50 MG Tablet 2 tablet in the evening as needed Orally Once a day
- cloNIDine HCl 0.1 MG Tablet 1 tablet Orally bid , Notes to Pharmacist: dc coreg
- Ergocalciferol 50000 UNIT Capsule 1 capsule Orally ONCE/WK
- Furosemide 20 MG Tablet 1 tablet Orally Once a day
- Amoxicillin 875 MG Tablet 1 tablet Orally Twice a day
- Ondansetron HCl 4 MG Tablet 1 tablet Orally Once a day
- Lisinopril 20 MG Tablet 1 tablet Orally twice a day

**Not-Taking**
- Gabapentin 400 MG Capsule 1 capsule Orally Once a day

### Reason for Appointment
1. Teeth infection

### Examination
**General Examination:**
    Inspection, patient looks comfortable, speaks in full sentences
    No tachypnea
    No Rash
    Mood and Behavior appropriate
    No signs of distress
    No wheezing heard
    no Audible congestion in voice
    No coughing on the phone
    mildely swollen gum.

### Assessments
1. Tooth infection - K04.7
2. Mouth pain - K13.79

### Treatment
**1. Tooth infection**
Refill Amoxicillin Tablet, 875 MG, 1 tablet, Orally, Twice a day, 14 days, 28 Tablet, Refills 0

**2. Others**
Notes: **Patient is here for teeth infection he had asked for antibiotic prescription because he has been having recurrent tooth infection and gum infection and he cannot make it to see his dentist till another month he tried his best he had this issue before and I had prescribed an antibiotic and helped him a lot I did discuss with him and his mom the plan and he is agreeable to the plan**
Clinical Notes: Patient today was informed that this is a televisit that we are implementing secondary to the emergency situation with COVID-19 and restriction for physical face-to-face visit to decrease exposure for both patient and staff safety.
Patient agreed and verbalized understanding and gave verbal consent for today's visit.
Televisit was consulted using doximity HIPPA complaint communication.
A telehealth visit was conducted over a synchronous audio video communication with the patient.
Time spent with patient was 20 mins including chart review, orders, and

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 05/26/2022

documentation.
Patient was instructed if symptoms worsen or getting any SOB or chest pains, should go to the ED immediately.

Electronically signed by FARAH SALEM , M.D, on 11/02/2023 at 02:30 PM EDT

Sign off status: Pending

Salem Medical PC
28111 Hoover Rd.
Suite 3A
Warren, MI 48093-8153
Tel: 586-978-9606
Fax: 586-978-9606

Progress Note: FARAH K SALEM, MD 05/26/2022

REIFF, DANIEL DOB: (35 yo M) Acc No. 13886
This Progress Notes documentation is IN PROGRESS

---

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 05/02/2022

REIFF, DANIEL



05/02/2022 Progress Notes: FARAH K SALEM, MD

## Current Medications

**Taking**

- SEROquel 25 MG Tablet 1 tablet at bedtime Orally Once a day
- Methadone HCl 10 MG Tablet as directed Orally Once a day , Notes to Pharmacist: pt takes 165 mg
- hydrOXYzine HCl 10 MG Tablet as directed Orally
- Mirtazapine 15 MG Tablet 1 tablet at bedtime Orally Once a day
- Senna-Docusate Sodium 8.6-50 MG Tablet 2 tablet in the evening as needed Orally Once a day
- Lisinopril 20 MG Tablet 1 tablet Orally twice a day
- cloNIDine HCl 0.1 MG Tablet 1 tablet Orally bid , Notes to Pharmacist: dc coreg
- Ergocalciferol 50000 UNIT Capsule 1 capsule Orally ONCE/WK
- Furosemide 20 MG Tablet 1 tablet Orally Once a day
- Amoxicillin 875 MG Tablet 1 tablet Orally Twice a day
- Ondansetron HCl 4 MG Tablet 1 tablet Orally Once a day

**Not-Taking**

- Gabapentin 400 MG Capsule 1 capsule Orally Once a day

## Reason for Appointment
1. Fill out medical needs form

## History of Present Illness
Constitutional:
    33 year old male presents with c/o Anxiety.
    c/o Fatigue.
    Denies : headache.
    Denies : Body Pain.
    Denies : Dizziness.
    Denies : Fever.

## Examination
General Examination:
    Inspection, patient looks comfortable, speaks in full sentences
    No tachypnea
    No Rash
    Mood and Behavior appropriate
    No signs of distress
    No wheezing heard
    no Audible congestion in voice
    No coughing on the phone.

## Assessments
1. Need for assistance with personal care - Z74.1 (Primary)
2. Accelerated essential hypertension - I10
3. Anxiety - F41.9
4. Depression, unspecified depression type - F32.A
5. Elevated liver enzymes - R74.8
6. Hepatitis C antibody test positive - R76.8
7. Alcohol dependence with unspecified alcohol-induced disorder - F10.29

## Treatment
**1. Others**
Notes: **Patient presented for the medical need for as because of his continuous care and follow-up with multiple consultant and psychiatrist and psychotherapist and the need with alcohol dependence and severe anxiety and depression and elevated liver enzymes someone needs to take him to the appointment and be with him to help him with all the instruction and driving to accompany him to the appointments also patient needs care and help with his daily ADLs refilled all the medical need for with the**

---

Progress Note: FARAH K SALEM, MD 05/02/2022

REIFF, DANIEL DOB:     This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:**      (35 yo M) **Acc No.** 13886 **DOS:** 05/02/2022

**help of the mother as the mother cannot be at home and available for the patient at all times for all this need and he will need a caregiver that she will need to help him with his ADLs and medical appointments and we did fill the form and will fax it to the mother**

Clinical Notes: Patient today was informed that this is a televisit that we are implementing secondary to the emergency situation with COVID-19 and restriction for physical face-to-face visit to decrease exposure for both patient and staff safety.

Patient agreed and verbalized understanding and gave verbal consent for today's visit.

Televisit was consulted using doximity HIPPA complaint communication. A telehealth visit was conducted over a synchronous audio video communication with the patient.

Time spent with patient was 20 mins including chart review, orders, and documentation.

Patient was instructed if symptoms worsen or getting any SOB or chest pains, should go to the ED immediately.



Electronically signed by FARAH SALEM , M.D. on 11/02/2023 at 02:50 PM EDT

Sign off status: Pending

Salem Medical PC
28111 Hoover Rd,
Suite 5A
Warren, MI 480934152
Tel: 586-578-9806
Fax: 586-578-9806

Progress Note: FARAH K SALEM, MD   05/02/2022

Note generated by ADVANCEMD EHR/PM Software www.ADVANCEMD.com

REIFF, DANIEL **DOB:**          (35 yo M) **Acc No.** 13886 **DOS:** 04/20/2022

REIFF, DANIEL



04/20/2022                                                    Progress Notes: FARAH K SALEM, MD

## Current Medications
**Taking**
- SEROquel 25 MG Tablet 1 tablet at bedtime Orally Once a day
- Methadone HCl 10 MG Tablet as directed Orally Once a day , Notes to Pharmacist: pt takes 165 mg
- hydrOXYzine HCl 10 MG Tablet as directed Orally
- Mirtazapine 15 MG Tablet 1 tablet at bedtime Orally Once a day
- Senna-Docusate Sodium 8.6-50 MG Tablet 2 tablet in the evening as needed Orally Once a day
- Ondansetron HCl 4 MG Tablet 1 tablet Orally Once a day
- Lisinopril 20 MG Tablet 1 tablet Orally twice a day
- cloNIDine HCl 0.1 MG Tablet 1 tablet Orally bid , Notes to Pharmacist: dc coreg
- Ergocalciferol 50000 UNIT Capsule 1 capsule Orally ONCE/WK
- Furosemide 20 MG Tablet 1 tablet Orally Once a day

**Not-Taking**
- Gabapentin 400 MG Capsule 1 capsule Orally Once a day
Medication List reviewed and reconciled with the patient

## Past Medical History
Hypertension.
Anxiety.
Depression.
Bipolar disorder.
Legally blind.
Kidney problems.

## Surgical History
ocular removal 4-2-2021
reconstructive surgery (skull) 6/2021

## Family History
Father: alive, heart disease and anxiety, diagnosed with Hypertension
Mother: alive, diagnosed with Hypertension
2 sister(s) - healthy. 2 son(s) - healthy.

## Reason for Appointment
1. 4 weeks f/u
2. Ondansetrone refill
3. Amoxicillin for swollen gum

## History of Present Illness
**Constitutional:**
Denies : Dizziness.
Denies : Fever.
Denies : SOB.
Denies : chest pain.
Denies : vomiting.
Denies : Abdominal Pain.
Denies : Frequent Urination.
Denies : Ankle or Leg Swelling.
Denies : cough.
Denies : diarrhea.
Denies : constipation.
Denies : fever.

## Vital Signs
HR: **60** /min, BP: **123/83** mm Hg, Wt: **202** lbs, BMI: 28.98 Index, Ht-cm: 177.8 cm, Oxygen sat: 98 %, Ht: 5'10", Wt-kg: 91.63 kg.

## Examination
**General Examination:**
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
ORAL CAVITY: mucosa moist.
THROAT: clear.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
SKIN: no suspicious lesions, warm and dry.
HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
EXTREMITIES: no clubbing, cyanosis, or edema.

REIFF, DANIEL DOB:

This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:**          (35 yo M) **Acc No.** 13886 **DOS:** 04/20/2022

Social History
Tobacco Use:
Tobacco Use/Smoking
 Are you a *current smoker*
 How often do you smoke cigarettes?
*every day*
 How many cigarettes a day do you
smoke? *6-10*

Allergies
N.K.D.A.

Hospitalization/Major

Diagnostic Procedure
No Hospitalization History.

Review of Systems
All Other Systems:
 Review of Systems (ROS) **All
others negative except those
mentioned in HPI.**

NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

Assessments
1. Elevated liver enzymes - R74.8 (Primary)
2. Anxiety - F41.9
3. Depression, unspecified depression type - F32.A
4. Alcohol dependence with unspecified alcohol-induced disorder - F10.29
5. Medication refill - Z76.0
6. Lower extremity edema - R60.0
7. BMI 28.0-28.9,adult - Z68.28
8. Tooth infection - K04.7

Treatment
**1. Elevated liver enzymes**
Refill Ondansetron HCl Tablet, 4 MG, 1 tablet, Orally, Once a day, 30 days, 30, Refills 2

**2. Tooth infection**
Start Amoxicillin Tablet, 875 MG, 1 tablet, Orally, Twice a day, 7 days, 14 Tablet, Refills 0

**3. Others**
Notes:
Patient is here with his mother he is feeling better he did follow-up with gastroenterology and they did some more blood work for him yesterday and he is scheduled to have EGD soon. Patient can need to continue to drink but he is trying to quit. He denied any suicidal ideation. Also he has been having some teeth problems and gum infection with the swelling of his left side of his gums and he cannot make it to see the dentist and he asked for antibiotics. Patient denied any chest pain or shortness of breath he continues to have some lower extremity swelling and I discussed with him regarding cutting down all disorders and nd Gatorade and to cut down his of fluid only to water

Patient was counseled extensively against alcohol use and patient was counseled extensively regarding alcohol cessation information were given for AA program and patient was encouraged to follow-up with psych for help and counseling. Patient understands very well the risk of her continue to drink alcohol on her health.
patient was counseled on dealing with stress. Patient denies suicidal ideation and if anxiety start interfering with daily life activities, will need to refer to psych or start meds.
Counseled patient on commitment to dietary restriction, weight management, and increasing activity level.
Patient was counseled on increasing their exercise. Discussed moderate exercise including walking. Discussed the importance of diet and weight management on their physical, mental, and emotional health.
all patient previous labs and diagnostic imaging were reviewed by me in details.
Patient is noncompliant with medical management and follow-up patient understand the consequences when she does not follow medical advice is include medication and doctors follow-up.
Clinical Notes: Time spent with patient on counseling, education and care, including assessment, discussion and treatment, reviewing all recent labs

REIFF, DANIEL **DOB:**          (35 yo M) **Acc No.** 13886 **DOS:** 04/20/2022

and radiology and medical records personally, and coordinating care with
staff was 50 mins.

Procedure Codes
96160 PT-FOCUSED HLTH RISK ASSMT
G8427 DOC MEDS VERIFIED W/PT OR RE
G8752 MOST RECENT SYSTOLIC BP < 140MM HG
G8754 MOST RECENT DIASTOLIC BP < 90MM HG

Follow Up
3-4 Months

Electronically signed by FARAH SALEM , M.D. on 11/02/2023 at
02:50 PM EDT

Sign off status: Pending

Salem Medical PC
28111 Hoover Rd.
Suite 3A
Warren, MI 48093853
Tel: 586-978-9606
Fax: 586-978-9806

Progress Note: FARAH K SALEM, MD   04/20/2022

Note generated by eClinicalWorks EHR/PM Software (www.eclinicalworks.com)

This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:**     (35 yo M) **Acc No.** 13886 **DOS:** 03/16/2022

REIFF, DANIEL

FARAH SALEM, MD District Medical

Komen Primary Care Medical Group

03/16/2022     Progress Notes: FARAH K SALEM, MD

## Current Medications

**Taking**
- SEROquel 25 MG Tablet 1 tablet at bedtime Orally Once a day
- Methadone HCl 10 MG Tablet as directed Orally Once a day , Notes to Pharmacist: pt takes 165mg
- hydrOXYzine HCl 10 MG Tablet as directed Orally
- Mirtazapine 30 MG Tablet 1 tablet at bedtime Orally Once a day
- Ergocalciferol 50000 UNIT Capsule 1 capsule Orally ONCE/WK
- Lisinopril 20 MG Tablet 1 tablet Orally twice a day
- cloNIDine HCl 0.1 MG Tablet 1 tablet Orally bid , Notes to Pharmacist: dc coreg
- Senna-Docusate Sodium 8.6-50 MG Tablet 2 tablet in the evening as needed Orally Once a day
- Ondansetron HCl 4 MG Tablet 1 tablet Orally Once a day

**Not-Taking**
- Gabapentin 100 MG Capsule 1 capsule Orally Once a day
Medication List reviewed and reconciled with the patient

## Past Medical History
Hypertension.
Anxiety.
Depression.
Bipolar disorder.
Legally blind.
Kidney problems.

## Surgical History
ocular removal 4-2-2021
reconstructive surgery (skull) 6/2021

## Family History
Father: alive, heart disease and anxiety, diagnosed with Hypertension
Mother: alive, diagnosed with Hypertension
2 sister(s) - healthy. 2 son(s) - healthy.

## Social History

## Reason for Appointment
1. 1 month f/u
2. Not fasting
3. Bilateral legs swelling
4. Refill ondansetron, vitamin d, lisinopril, clonidine

## History of Present Illness
Constitutional:
The patient is a 33-year-old male presenting today for a 1-month follow-up. He was last seen on 02/16/2022. He has a medical history of hypertension, anxiety, depression, and bipolar disorder. He has history of hepatitis C. The patient reports having lower extremity edema. He admits drinking alcohol. He states he is trying to quit drinking. He is requesting for medication refills.

33 year old male presents with c/o Ankle or Leg Swelling.
Denies : Dizziness.
Denies : Fever.
Denies : SOB.
Denies : chest pain.
Denies : vomiting.
Denies : Abdominal Pain.
Denies : Frequent Urination.
Denies : cough.
Denies : diarrhea.
Denies : constipation.
Denies : fever.

## Vital Signs
Temp: **97.0** F, HR: **74** /min, BP: 127/91 mm Hg, Wt: **209** lbs, BMI: 29.60 Index, Ht-cm: 177.8 cm, Oxygen sat: 97 %, Ht: 5'10", Wt-kg: 94.8 kg.

## Examination
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
ORAL CAVITY: mucosa moist.
THROAT: clear.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 03/16/2022

Tobacco Use:
Tobacco Use/Smoking
   Are you a *current smoker*
   How often do you smoke cigarettes?
*every day*
   How many cigarettes a day do you
smoke? *6-10*

Allergies
N.K.D.A.

Hospitalization/Major
Diagnostic Procedure
No Hospitalization History.

Review of Systems
All Other Systems:
   Review of Systems (ROS) The 14-point
ROS were all negative else than what
mentioned in the HPI..

SKIN: no suspicious lesions, warm and dry.
HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
EXTREMITIES: no clubbing, cyanosis, or edema.
NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

Assessments
1. Elevated liver enzymes - R74.8 (Primary)
2. Anxiety - F41.9
3. Elevated alkaline phosphatase level - R74.8
4. BMI 29.0-29.9,adult - Z68.29
5. Lower extremity edema - R60.0
6. Medication refill - Z76.0
7. Alcohol dependence with unspecified alcohol-induced disorder - F10.29
8. Alcohol abuse counseling and surveillance - Z71.41
9. Hepatitis C antibody test positive - R76.8
10. Essential hypertension - I10

Treatment
**1. Elevated liver enzymes**
Referral To:Ghiath Tayeb   Gastroenterology
       Reason:

**2. Anxiety**
Refill Ondansetron HCl Tablet, 4 MG, 1 tablet, Orally, Once a day, 30 days, 30, Refills 0
Refill Lisinopril Tablet, 20 MG, 1 tablet, Orally, twice a day, 90 days, 180, Refills 0
Refill cloNIDine HCl Tablet, 0.1 MG, 1 tablet, Orally, bid, 90 days, 180, Refills 0, Notes to Pharmacist: dc coreg
Refill Ergocalciferol Capsule, 50000 UNIT, 1 capsule, Orally, ONCE/WK, 90 days, 15 CAPSULES, Refills 0
Start Furosemide Tablet, 20 MG, 1 tablet, Orally, Once a day, 90 days, 90 Tablet, Refills 0

**3. Hepatitis C antibody test positive**
Referral To:Ghiath Tayeb   Gastroenterology
       Reason:

**4. Others**
Notes:
-Medications reconciled.
-Lab work from 02/2022 was reviewed during the visit, which showed elevated alkaline phosphatase, elevated ALT and AST, elevated iron, elevated TIBC.
-I will prescribe water pill for swelling.
-I will refer him to GI for further management of his liver function.
-For elevated liver enzymes, advised to see a liver specialist as soon as possible.
-Patient was counseled extensively against alcohol use. Discussed that he is damaging his liver. The patient was encouraged to follow-up with psych for

REIFF, DANIEL DOB:        (35 yo M) Acc No. 13886
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:**       (35 yo M) **Acc No.** 13886 **DOS:** 03/16/2022

help and counseling. Patient understands very well the risk of her continue
to drink alcohol on her health.
-He has lost a couple of pounds since last visit.
-His blood pressure today appears to be mildly elevated, continue current
medication.
-Completed blood work today.
-Provided medication refills.

Clinical Notes:
Time spent with patient on counseling, education and care, including
assessment, discussion and treatment, reviewing all recent labs and
radiology and medical records personally, and coordinating care with staff
was 50 mins.
Scribed for Dr. Farah Salem by G. Bindhiya, Scribe.
I, Dr. Farah Salem, personally performed the services described in this
documentation, as scribed in my presence, and it is both accurate and
complete.

Procedure Codes
G8427 DOC MEDS VERIFIED W/PT OR RE

Follow Up
4 Weeks,print GI referral

Electronically signed by FARAH SALEM , M.D. on 11/02/2022 at
02:50 PM EDT

Sign off status: Pending

Salem Medical PC
28111 Hoover Rd.
Suite 5A
Warren, MI 48093-4852
Tel: 586-573-9606
Fax: 586-573-9800

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 02/16/2022

REIFF, DANIEL

FARAH SALEM, MD  District Medicine

Homer Primary Care Medical Group

08/16/2022

Progress Notes: FARAH K SALEM, MD

## Current Medications

**Taking**
- SEROquel 25 MG Tablet 1 tablet at bedtime Orally Once a day
- Methadone HCl 10 MG Tablet as directed Orally Once a day , Notes to Pharmacist: pt takes 165mg
- hydrOXYzine HCl 10 MG Tablet as directed Orally
- Mirtazapine 30 MG Tablet 1 tablet at bedtime Orally Once a day
- Ergocalciferol 50000 UNIT Capsule 1 capsule Orally ONCE/WK
- Coreg 3.125 MG Tablet 1 tablet with food Orally Twice a day
- Lisinopril 20 MG Tablet 1 tablet Orally twice a day

**Not-Taking**
- Gabapentin 400 MG Capsule 1 capsule Orally Once a day
Medication List reviewed and reconciled with the patient

## Past Medical History
Hypertension.
Anxiety.
Depression.
Bipolar disorder.
Legally blinf.
Kidney problems.

## Surgical History
ocular removal 4-2-2021
reconstructive surgery (skull) 6/2021

## Family History
Father: alive, heart disease and anxiety, diagnosed with Hypertension
Mother: alive, diagnosed with Hypertension
2 sister(s) - healthy. 2 son(s) - healthy.

## Social History
Tobacco Use:
Tobacco Use/Smoking
Are you a *current smoker*
How often do you smoke cigarettes?
*every day*

## Reason for Appointment
1. Feet swollen
2. New Rx Propanolol 10 mg Qd given by the psychiatrist wants to check if can start taking

## History of Present Illness
Constitutional:
Denies : Dizziness.
Denies : Fever.
Denies : SOB.
Denies : chest pain.
Denies : vomiting.
Denies : Abdominal Pain.
Denies : Frequent Urination.
Denies : Ankle or Leg Swelling.
Denies : cough.
Denies : diarrhea.
Denies : constipation.
Denies : fever.

The patient is a 33-year-old male presenting today for a follow-up. He was last seen on 01/12/2022. He has a medical history of hypertension, anxiety, depression, and bipolar disorder. The patient monitors his blood pressure regularly at home. He is on lisinopril for high blood pressure. The patient mentions that he was started on Propranolol in the recent past by his psychiatrist. The patient reports having swelling in all his extremities. He mentions that he has been gaining weight since starting the methadone. He complains of constipation. Colace does not seem to help with his constipation. He admits drinking alcohol.

## Vital Signs
Temp: **97.0** F, HR: **74** /min, BP: 105/117 mm Hg, Wt: **211** lbs, BMI: 30.27 Index, Ht-cm: 177.8 cm, Oxygen sat: 100 %, Ht: 5'10", Wt-kg: 95.71 kg.

## Examination
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
ORAL CAVITY: mucosa moist.
THROAT: clear.

REIFF, DANIEL DOB: Case 2:23-cv-10513-LJM-KGA ECF No. 46-3, PageID.2019 Filed 09/13/24 Page 36 of 51
(35 yo M) Acc No. 13886
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 02/16/2022

How many cigarettes a day do you smoke? 6-10

Allergies
N.K.D.A.

Hospitalization/Major
Diagnostic Procedure
No Hospitalization History.

Review of Systems
All Other Systems:
Review of Systems (ROS) The 14-point ROS were all negative else than what mentioned in the HPI..

NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
SKIN: no suspicious lesions, warm and dry.
HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
EXTREMITIES: no clubbing, cyanosis, or edema.
NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

Assessments
1. Anasarca - R60.1 (Primary)
2. Accelerated essential hypertension - I10
3. Anxiety - F41.9
4. Vitamin D deficiency - E55.9
5. Elevated liver enzymes - R74.8
6. Elevated alkaline phosphatase level - R74.8
7. Constipation, unspecified constipation type - K59.00
8. BMI 30.0-30.9,adult - Z68.30
9. Abdominal distention - R14.0
10. Lower extremity edema - R60.0
11. Alcohol dependence with unspecified alcohol-induced disorder - F10.29
12. Alcohol abuse counseling and surveillance - Z71.41

Treatment
**1. Anasarca**
Stop Coreg Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day
Start cloNIDine HCl Tablet, 0.1 MG, 1 tablet, Orally, bid, 30 day(s), 60 Tablet, Refills 1, Notes to Pharmacist: dc coreg
Start Senna-Docusate Sodium Tablet, 8.6-50 MG, 2 tablet in the evening as needed, Orally, Once a day, 30 day(s), 60 Tablet, Refills 1
Start Ondansetron HCl Tablet, 4 MG, 1 tablet, Orally, Once a day, 30 day(s), 30, Refills 0

**2. BMI 30.0-30.9,adult**
LAB: Hemoglobin A1c

**3. Others**
Notes:
-Medications reconciled.
-Lab work from 11/2021 was reviewed during the visit, which showed elevated alkaline phosphatase, elevated ALT and AST, low vitamin D, elevated TIBC.
-His blood pressure today appears to be mildly elevated at 165/117 mmHg.
-We will switch him from Coreg to Catapres.
-Discussed that he can take the Propranolol.
-Patient was counseled extensively against alcohol use and patient and patient was encouraged to follow-up with psych for help and counseling. Patient understands very well the risk of her continue to drink alcohol on her health.
-He has gained about 19 pounds since his last clinic visit.
-We will do lab work. Discussed that depending on the lab work we will start him on a water pill. Discussed that if his blood work is worse, he needs to go to the hospital.

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 02/16/2022

-Discussed that he is at high risk of liver cirrhosis.
-For constipation, we will start him on a new medication.
-Provided work note stating that he is completely unable to work.
-We will do lab work including hemoglobin A1c.
-Completed blood work today.
-Provided medication refills.

Clinical Notes:
Time spent with patient on counseling, education and care, including assessment, discussion and treatment, reviewing all recent labs and radiology and medical records personally, and coordinating care with staff was 50 mins.
Scribed for Dr. Farah Salem by G. Bindhiya, Scribe.
I, Dr. Farah Salem, personally performed the services described in this documentation, as scribed in my presence, and it is both accurate and complete.

Procedure Codes
36415 VENIPUNCT, ROUTINE*
G8427 DOC MEDS VERIFIED W/PT OR RE

Follow Up
4 Weeks



Electronically signed by FARAH SALEM , M.D. on 11/02/2023 at 02:30 PM EDT

Sign off status: Pending

Salem Medical PC
28111 Hoover Rd.
Suite 5A
Warren, MI 48093-4853
Tel: 586-573-9600
Fax: 586-573-9800

Progress Note: FARAH K SALEM, MD 02/16/2022

REIFF, DANIEL DOB: (35 yo M) Acc No. 13886
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 01/12/2022

REIFF, DANIEL

01/12/2022                                    Progress Notes: FARAH K SALEM, MD

### Current Medications
**Taking**
- SEROquel 25 MG Tablet 1 tablet at bedtime Orally Once a day
- Lisinopril 20 MG Tablet 1 tablet Orally Once a day
- Methadone HCl 10 MG Tablet as directed Orally Once a day , Notes to Pharmacist: pt takes 180 mg
- Gabapentin 400 MG Capsule 1 capsule Orally Once a day
- hydrOXYzine HCl 10 MG Tablet as directed Orally
- Mirtazapine 30 MG Tablet 1 tablet at bedtime Orally Once a day
Medication List reviewed and reconciled with the patient

### Past Medical History
Hypertension.
Anxiety.
Depression.
Bipolar disorder.
Legally blind.
Kidney problems.

### Review of Systems
All Other Systems:
Review of Systems (ROS) The 14-point ROS were all negative else than what mentioned in the HPI.

### Reason for Appointment
1. BP recheck

### History of Present Illness
Constitutional:
Denies : Dizziness.
Denies : Fever.
Denies : SOB.
Denies : chest pain.
Denies : vomiting.
Denies : Abdominal Pain.
Denies : Frequent Urination.
Denies : Ankle or Leg Swelling.
Denies : cough.
Denies : diarrhea.
Denies : constipation.
The patient is a 33-year-old male presenting today for a follow-up. He was last seen on 11/09/2021. He has a medical history of hypertension, anxiety, depression, and bipolar disorder. The patient monitors his blood pressure regularly at home. He is on lisinopril for high blood pressure. He complains of having chest pain yesterday. He denies shortness of breath. The patient admits drinking alcohol regularly.

### Vital Signs
Temp: **97.1** F, HR: 105 /min, BP: 165/94 mm Hg, Wt: **192** lbs, BMI: 27.58 Index, Ht-cm: 177.8 cm, Oxygen sat: 98 %, Wt-kg: 87.09 kg.

### Examination
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
ORAL CAVITY: mucosa moist.
THROAT: clear.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
SKIN: no suspicious lesions, warm and dry.
HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: normal, bowel sounds present, soft, nontender,

Progress Note: FARAH K SALEM, MD   01/12/2022

Case 2:23-cv-10513-LJM-KGA ECF No. 46-3, PageID.2022 Filed 09/13/24 Page 39 of 51
REIFF, DANIEL DOB: (35 yo M) Acc No. 13886
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 01/12/2022

nondistended.
    EXTREMITIES: no clubbing, cyanosis, or edema.
    NEUROLOGIC: nonfocal, motor strength normal upper and lower
extremities, sensory exam intact.

Assessments
1. Tachycardia - R00.0
2. Accelerated essential hypertension - I10
3. Anxiety - F41.9
4. Elevated alkaline phosphatase level - R74.8
5. Elevated liver enzymes - R74.8
6. Vitamin D deficiency - E55.9
7. Alcohol dependence with unspecified alcohol-induced disorder - F10.29
8. Alcohol abuse counseling and surveillance - Z71.41
9. Chest pain, unspecified type - R07.9

Treatment
**1. Accelerated essential hypertension**
Refill Lisinopril Tablet, 20 MG, 1 tablet, Orally, twice a day, 90 days, 180
Tablet, Refills 0
    IMAGING: Echocardiogram

**2. Elevated liver enzymes**
    IMAGING: Ultrasound : Abdomen
Referral To:SEINA FARSHADSEFAT   Gastroenterology
    Reason:

**3. Vitamin D deficiency**
Start Ergocalciferol Capsule, 50000 UNIT, 1 capsule, Orally, ONCE/WK, 90
days, 15 CAPSULES, Refills 0
Start Coreg Tablet, 3.125 MG, 1 tablet with food, Orally, Twice a day, 30
day(s), 60, Refills 2

**4. Chest pain, unspecified type**
    IMAGING: Echocardiogram

**5. Others**
Notes:
-Medications reconciled.
-Lab work from 11/2021 was reviewed during the visit, which showed
elevated alkaline phosphatase, elevated ALT and AST, low vitamin D,
elevated TIBC.
-Discussed that his high blood pressure may be related to anxiety.
-For high blood pressure, prescribed Coreg, to take twice a day.
-Increased lisinopril to twice a day from once a day.
-His blood pressure today appears to be mildly elevated at 165/94 mmHg.
-I did EKG in the clinic today and reviewed the finding.
-Discussed that his elevated liver enzymes may be related to alcohol abuse
and hepatitis C.
-We will order ultrasound of the liver to rule out any abnormalities.
-We will refer her to liver specialist for further evaluation.
-Patient was counseled extensively against alcohol use and patient was
counseled extensively regarding alcohol cessation information were given
for AA program and patient was encouraged to follow-up with psych for help

Progress Note: FARAH K SALEM, MD  01/12/2022

Case 2:23-cv-10513-LJM-KGA ECF No. 46-3, PageID.2023 Filed 09/13/24 Page 40 of 51
REIFF, DANIEL DOB: (35 yo M) Acc No. 13886
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:**                    (35 yo M) **Acc No.** 13886 **DOS:** 01/12/2022

and counseling. Patient understands very well the risk of her continue to drink alcohol on her health.
-Advised to talk to his psychiatry regarding alcohol abuse. He was instructed to quit alcohol as soon as possible.

Clinical Notes:
Time spent with patient on counseling, education and care, including assessment, discussion and treatment, reviewing all recent labs and radiology and medical records personally, and coordinating care with staff was 50 mins.
Scribed for Dr. Farah Salem by G. Bindhiya, Scribe.
I, Dr. Farah Salem, personally performed the services described in this documentation, as scribed in my presence, and it is both accurate and complete.

Procedure Codes
G8427 DOC MEDS VERIFIED W/PT OR RE

Follow Up
3 Months,print GI referral,echocardiogram,ultrasound of abdomen

Electronically signed by FARAH SALEM , M.D. on 11/02/2023 at 02:50 PM EDT

Sign off status: Pending

Salem Medical PC
28111 Hoover Rd.
Suite 3A
Warren, MI 480934153
Tel: 586-978-9606
Fax: 586-978-9806

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 11/09/2021

REIFF, DANIEL



11/09/2021                                   Progress Notes: FARAH K SALEM, MD

### Current Medications

**Taking**
- Methadone HCl 10 MG Tablet as directed Orally Once a day , Notes to Pharmacist: pt takes 180 mg
- Gabapentin 400 MG Capsule 1 capsule Orally Once a day
- hydrOXYzine HCl 10 MG Tablet as directed Orally
- Mirtazapine 30 MG Tablet 1 tablet at bedtime Orally Once a day
- Lisinopril 10 MG Tablet 1 tablet Orally twice a day
Medication List reviewed and reconciled with the patient

### Past Medical History
Hypertension.
Anxiety.
Depression.
Bipolar disorder.
Legally blind.
Kidney problems.

### Surgical History
ocular removal 4-2-2021
reconstructive surgery (skull) 6/2021

### Family History
Father: alive, heart disease and anxiety, diagnosed with Hypertension
Mother: alive, diagnosed with Hypertension
2 sister(s) - healthy. 2 son(s) - healthy.

### Social History
Tobacco Use:
Tobacco Use/Smoking
  Are you a *current smoker*
  How often do you smoke cigarettes? *every day*
  How many cigarettes a day do you smoke? *6-10*
Drugs/Alcohol:
Do you smoke marijuana?: Admits, successfully recovering. Clean since beginning 2021.
Do you drink alcohol?: Moderate.

### Reason for Appointment
1. Establish Care

### History of Present Illness
Constitutional:
    Denies : Dizziness.
    Denies : Fever.
    Denies : SOB.
    Denies : chest pain.
    Denies : vomiting.
    Denies : Abdominal Pain.
    Denies : Frequent Urination.
    Denies : Ankle or Leg Swelling.
    Denies : cough.
    Denies : diarrhea.
    Denies : constipation.
    The patient is a 33-year-old male presenting today to establish primary care. His last visit with his PCP was months ago. He has a medical history of hypertension, anxiety, depression, and bipolar disorder. He is following up with his psychiatrist regularly for depression and bipolar disorder. He sustained a fall years ago and injured his back. He complains of having pain since then. He is taking gabapentin for pain with minimal benefit.

### Vital Signs
Temp: **97.1** F, HR: **78** /min, BP: 136/89 mm Hg, Wt: **192** lbs, BMI: 27.55 Index, Ht-cm: 177.8 cm, Oxygen sat: 99 %, Ht: 5'10", Wt-kg: 87.09 kg.

### Examination
General Examination:
    GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
    HEAD: normocephalic, atraumatic.
    EYES: pupils equal, round, reactive to light and accommodation.
    EARS: normal.
    ORAL CAVITY: mucosa moist.
    THROAT: clear.
    NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
    SKIN: no suspicious lesions, warm and dry.
    HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
    LUNGS: clear to auscultation bilaterally.
    ABDOMEN: normal, bowel sounds present, soft, nontender,

This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL **DOB:** (35 yo M) **Acc No.** 13886 **DOS:** 11/09/2021

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
All Other Systems:
Review of Systems (ROS) The 14-point ROS were all negative else than what mentioned in the HPI.

nondistended.
　　EXTREMITIES: no clubbing, cyanosis, or edema.
　　NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

**Assessments**
1. Encounter for general adult medical examination with abnormal findings - Z00.01 (Primary)
2. Encounter to establish care - Z76.89
3. Accelerated essential hypertension - I10
4. BMI 27.0-27.9,adult - Z68.27
5. Anxiety - F41.9
6. Depression, unspecified depression type - F32.A
7. Screening for STD (sexually transmitted disease) - Z11.3
8. Low back pain, unspecified back pain laterality, unspecified chronicity, unspecified whether sciatica present - M54.50

**Treatment**
**1. Encounter to establish care**
Refill Lisinopril Tablet, 20 MG, 1 tablet, Orally, Once a day, 90 days, 90, Refills 1

**2. Low back pain, unspecified back pain laterality, unspecified chronicity, unspecified whether sciatica present**
　　IMAGING: X ray : Thoracolumbar
Referral To:Beaumont Center for Pain Medicine Grosse Pointe Beaumont MI　Pain Medicine
　　　　Reason:back pain

**3. Others**
Notes:
-Medications reconciled.
-His blood pressure today appears to be mildly elevated at 156/89 mmHg.
-Increased lisinopril to 20 mg once a day for high blood pressure.
-We will order x-ray of the thoracolumbar spine to rule out any abnormalities.
-We will refer her to pain surgeon for management of her pain.

Clinical Notes:
Time spent with patient on counseling, education and care, including assessment, discussion and treatment, reviewing all recent labs and radiology and medical records personally, and coordinating care with staff was 50 mins.
Scribed for Dr. Farah Salem by G. Bindhiya, Scribe.
I, Dr. Farah Salem, personally performed the services described in this documentation, as scribed in my presence, and it is both accurate and complete.

**Procedure Codes**
G8427 DOC MEDS VERIFIED W/PT OR RE

**Follow Up**
4 Months,print x-ray of back,pain management referral

REIFF, DANIEL **DOB:**            (35 yo M) **Acc No.** 13886 **DOS:** 11/09/2021

Electronically signed by FARAH SALEM , M.D. on 11/02/2023 at 02:50 PM EDT

Sign off status: Pending

Salem Medical PC
28111 Hoover Rd.
Suite 5A
Warren, MI 48093-4151
Tel: 586-578-9606
Fax: 586-578-9606

Progress Note: FARAH K SALEM, MD   11/09/2021

Note generated by eClinicalWorks EMR/PM Software version eClinicalWorks.com

Case 2:23-cv-10513-LJM-KGA ECF No. 16-3, PageID.2027 Filed 09/13/24 Page 44 of 51

REIFF, DANIEL DOB: (35 yo M) Acc No. 13886|Doc Name:Tobacco Control 2021-11-9 14:53:14
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL DOB: :33 yo M) Acc No. 13886



## Salem Medical PC

2611 1 Hoover Rd.  Suite 5A
Warren MI 480934:53
Ph: 586-578-9906  Fax:586-578-0906

## Tobacco Control

Name: DANIEL REIFF                           Date: 11/09/2021

### Are you a

☑ current smoker

☐ former smoker

☐ nonsmoker

☐ current every day smoker

☐ current some day smoker

☐ Smoker current status unknown

☐ unknown if ever smoked

☐ light tobacco smoker

☐ heavy tobacco smoker

☐ Uses tobacco in other forms

If 'current smoker' : How often do you smoke cigarettes?

☑ every day

☐ some days. but not every day

If 'current smoker' : How many cigarettes a day do you smoke?

☐ 5 or less

☑ 6-10

☐ 11-20

☐ 21-30

☐ 31 or more

If 'current smoker' : How soon after you wake up do you smoke your first cigarette?

☐ within 5 minutes

☐ 6-30 minutes

☐ 31-60 minutes

☐ after 60 minutes

REIFF, DANIEL DOB: Case 2:23-cv-10513-LJM-KGA ECF No. 16-3, PageID.2028 Filed 09/13/24 Page 45 of 51
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL DOB: 33 yo M) Acc No. 13886

If 'current smoker' : Are you interested in quitting?

☐ Ready to quit

☐ Thinking about quitting

☐ Not ready to quit

**Additional Findings: Tobacco User**

☐ Chain smoker

☐ Chews fine cut tobacco

☐ Chews loose leaf tobacco

☐ Chews plug tobacco

☐ Chews tobacco

☐ Chews twist tobacco

☐ Heavy cigarette smoker (20-39 cigs/day)

☐ Light cigarette smoker ((1-9 cigs/day)

☐ Moderate cigarette smoker (10-19 cigs/day)

☐ Pipe smoker

☐ Rolls own cigarettes

☐ Snuff user

☐ Trivial cigarette smoker (less than one cigarette/day)

☐ User of moist powdered tobacco

☐ Very heavy cigarette smoker (40+cigs/day)

**Additional Findings: Tobacco Non-User**

☐ Aggressive non-smoker

☐ Current non-smoker

☐ Current non-smoker, but past smoking history unknown

☐ Does not use moist powdered tobacco

☐ Ex-cigar smoker

☐ Ex-cigarette smoker

☐ Ex-cigarette smoker amount unknown

☐ Ex-heavy cigarette smoker (20-30/day)

☐ Ex-light cigarette smoker (1-9/day)

☐ Ex-moderate cigarette smoker (10-19/day)

☐ Ex-pipe smoker

☐ Ex-trivial cigarette smoker (<1/day)

REIFF, DANIEL DOB: Case 2:23-cv-10513-LJM-KGA ECF No. 16-3, PageID.2029 Filed 09/13/24 Page 46 of 51
This Progress Notes documentation is IN PROGRESS

REIFF, DANIEL DOB:                    (33 yo M) Acc No. 13886

- ☐ Ex-user of moist powdered tobacco
- ☐ Ex-very heavy cigarette smoker (40+/day)
- ☐ Intolerant ex-smoker
- ☐ Intolerant non-smoker
- ☐ Never chewed tobacco
- ☐ Never used moist powdered tobacco
- ☐ Non-smoker for medical reasons
- ☐ Non-smoker for personal reasons
- ☐ Non-smoker for religious reasons
- ☐ Tolerant ex-smoker
- ☐ Tolerant non-smoker

Powered By eClinicalWorks, LLC.

| Salem Medical PC | FARAH K SALEM, MD |
|---|---|
| 28111 Hoover Rd. Suite 5A  Warren, MI 480934153 | Internal Medicine |
| Tel: 586-578-9606  Fax: 586-578-9806 | |

| Patient: | REIFF, DANIEL | 11/02/2023 |
|---|---|---|
| DOB: | | |
| Address: | | |
| Phone: | | |

| Ordered Date: | 02/16/2022 |
|---|---|
| Assessments: | BMI 30.0-30.9,adult - Z68.30 |
| Lab: | Hemoglobin A1c |
| Fasting: | No |
| Specimen: | |
| Clinical Info: | |

| Name | Value | Reference Range |
|---|---|---|
| Hemoglobin A1c | | |
| Result: | | |
| Received Date: | | |
| Notes: | | |

Patient Name: REIFF, DANIEL , DOB:

| Salem Medical PC | | FARAH K SALEM, MD |
|---|---|---|
| 28111 Hoover Rd. Suite 5A  Warren, MI 480934153 | | Internal Medicine |
| Tel: 586-578-9606  Fax: 586-578-9806 | | |

| Patient: | REIFF, DANIEL | 11/02/2023 |
|---|---|---|
| DOB: | | |
| Address: | | |
| Phone: | | |

| Ordered Date: | 08/16/2023 |
|---|---|
| Assessments: | Accelerated essential hypertension - I10, Abnormal EKG - R94.31 |
| DI: | Echocardiogram |
| Fasting: | No |
| Specimen: | |
| Clinical Info: | |

| Name | Value | Reference Range |
|---|---|---|
| Result: | | |
| Received Date: | | |
| Notes: | | |

Patient Name: REIFF, DANIEL , DOB:

**Salem Medical PC**
28111 Hoover Rd. Suite 5A  Warren, MI 480934153
Tel: 586-578-9606  Fax: 586-578-9806

**FARAH K SALEM, MD**
**Internal Medicine**

| | | |
|---|---|---|
| Patient: | REIFF, DANIEL | 11/02/2023 |
| DOB: | | |
| Address: | | |
| Phone: | | |

| | |
|---|---|
| Ordered Date: | 01/12/2022 |
| Assessments: | Elevated liver enzymes - R74.8 |
| DI: | Ultrasound : Abdomen |
| Fasting: | No |
| Specimen: | |
| Clinical Info: | |

| Name | Value | Reference Range |
|---|---|---|
| Result: | | |
| Received Date: | | |
| Notes: | | |

Patient Name: REIFF, DANIEL , DOB:

| Salem Medical PC | | FARAH K SALEM, MD |
|---|---|---|
| 28111 Hoover Rd. Suite 5A  Warren, MI 480934153 | | Internal Medicine |
| Tel: 586-578-9606  Fax: 586-578-9806 | | |

| Patient: | REIFF, DANIEL | 11/02/2023 |
|---|---|---|
| DOB: | | |
| Address: | | |
| Phone: | | |

| Ordered Date: | 01/12/2022 |
|---|---|
| Assessments: | Accelerated essential hypertension - I10, Chest pain, unspecified type - R07.9 |
| DI: | Echocardiogram |
| Fasting: | No |
| Specimen: | |
| Clinical Info: | |

| Name | Value | Reference Range |
|---|---|---|
| Result: | | |
| Received Date: | | |
| Notes: | | |

Patient Name: REIFF, DANIEL , DOB:

| Salem Medical PC | | FARAH K SALEM, MD |
|---|---|---|
| 28111 Hoover Rd. Suite 5A  Warren, MI 480934153 | | Internal Medicine |
| Tel: 586-578-9606  Fax: 586-578-9806 | | |

| Patient: | REIFF, DANIEL | | 11/02/2023 |
|---|---|---|---|
| DOB: | | | |
| Address: | | | |
| Phone: | | | |

| Ordered Date: | 11/09/2021 |
|---|---|
| Assessments: | Low back pain, unspecified back pain laterality, unspecified chronicity, unspecified whether sciatica present - M54.50 |
| DI: | X ray : Thoracolumbar |
| Fasting: | No |
| Specimen: | |
| Clinical Info: | |

| Name | Value | Reference Range |
|---|---|---|
| Result: | | |
| Received Date: | | |
| Notes: | | |

Patient Name: REIFF, DANIEL , DOB: