

*Exhibit F*

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF MICHIGAN

3                   SOUTHERN DIVISION

4

5    DANIEL REIFF,            Case No. 23-cv-10513-LJM-JJCG

6                            Hon. Laurie J. Michelson

7    Plaintiffs,

8

9    vs.

10

11   OFFICER BROC SETTY, in his individual

12   capacity and CLINTON TOWNSHIP,

13

14   Defendants.

15

16

17        Ex. F - Dispatch Audio CTPD 21-12658

18

19                  *CONFIDENTIAL*

20

21

22

23

24

25

DANIEL REIFF vs OFFICER BROC SETTY                           Confidential, Job 33244
F, EXHIBIT                                                                              2

1          OPERATOR:  April 2, 2021. 10:14:54.

2          DISPATCH:  Dispatch, Simpson.

3          FEMALE:  Hi, um, I am at my home right now. I

4     live in Clinton Township. Um, I'm home pretty much

5     every day. I just, uh, been watching these two --

6     these two younger looking kids, walking. They came up

7     the road, they walked through the neighbor's yard.

8          They walked behind the fence line, um, to kind of

9     walk back behind the yards back there. They clearly

10    appear to be looking for something on the ground. But

11    I'm home every day and they definitely do not look

12    familiar and it's just -- something just doesn't seem

13    right.

14         DISPATCH:  Okay. And, um, and what is your name?

15    Okay. And, uh, what is the address?

16         FEMALE:  My [inaudible]. But right now they're

17    over, um, -- I can -- I can see 16 miles from my porch

18    and that's Nunneley right there. Like I can see them

19    over in the front yard. There's a -- like an apartment

20    right there. I can see them in the front yard, like

21    browsing around.

22         DISPATCH:  Okay. And can you --

23         FEMALE:  Barely.

24         DISPATCH:  Can you spell the street name for me?

25         FEMALE:  Um, [inaudible]. Uh, know your street,

1   it's pretty much -- Oh, I'm sorry for --

2       DISPATCH:  Okay. All right. Okay. And, um, are

3   they male or female?

4       FEMALE:  Uh, two males.

5       DISPATCH:  Okay. Uh, white, black, Hispanic?

6       FEMALE:  I can't -- I'm sorry. I -- I -- I

7   honestly can't tell you.

8       DISPATCH:  Okay. Can you pick out any clothing at

9   all?

10      FEMALE:  Uh, they have baseball caps on. Um,

11  they're kind of -- I feel like they're dressed darker.

12  Like I can see them right now, but there's like trees,

13  so it's kind of blocking a little bit. But they're

14  definitely still over there and it -- it just -- it

15  doesn't seem right. And they, you know, it could be

16  harmless. I don't know.

17      DISPATCH:  Okay. We can definitely go ahead and

18  have them check. And did you want to be seen at all?

19      FEMALE:  No. That's, no. I would r- -- I'd rather

20  not.

21      DISPATCH:  Okay.

22      FEMALE:  I'm just kind of home by myself and so -

23      DISPATCH:  That's not -- not a problem. And what

24  is a, uh, good callback number for you?

25      FEMALE:  [Inaudible].

1       DISPATCH:  Okay. We'll go ahead and have them

2  checked out.

3       FEMALE:  Thank you so much.

4       DISPATCH:  You're welcome.

5       FEMALE:  Bye, bye.

6       DISPATCH:  Bye, bye.

7       OPERATOR:  April 2, 2021. 10:20:26.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3        I, Chris Naaden, a transcriber, hereby declare

4    under penalty of perjury that to the best of my

5    ability the above 4 pages contain a full, true and

6    correct transcription of the tape-recording that I

7    received regarding the event listed on the caption on

8    page 1.

9

10        *Chris Naaden*

11        September 10, 2024

12        Chris Naaden

13

14

15

16    (33244, Ex. F - Dispatch Audio CTPD 21-12658)

17

18

19

20

21

22

23

24

25