

*Exhibit G*

1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF MICHIGAN

3                         SOUTHERN DIVISION

4

5    DANIEL REIFF,              Case No. 23-cv-10513-LJM-JJCG

6                                 Hon. Laurie J. Michelson

7    Plaintiffs,

8

9    vs.

10

11   OFFICER BROC SETTY, in his individual

12   capacity and CLINTON TOWNSHIP,

13

14   Defendants.

15

16

17            Ex. G - Officer Hackstock BWC

18

19                      *CONFIDENTIAL*

20

21

22

23

24

25

1   OFF. SETTY:  Where you calling from?

2   MALE:  Walking -- walking down the road.

3   OFF. SETTY:  Come here.

4   MALE:  Walking down the road.

5   OFF. SETTY:  Come here.

6   OFFICER 2:  [Inaudible]. Going through the yard.

7   DISPATCH:  Okay. Going through the yard. Got an

8 update?

9   OFFICER 2:  No. Lost him. Somewhere on the north

10 side of metro.

11   DISPATCH:  Okay.

12   OFF. SETTY:  All right.

13   OFFICER 2:  Adam's car is heading that way.

14 Having vehicle issues.

15   DISPATCH:  Okay.

16   OFF. SETTY:  He crossed over and went somewhere

17 behind this general area.

18   OFFICER 2:  [Inaudible].

19   DISPATCH:  Okay.

20   OFFICER 2:  [Inaudible].

21   DISPATCH:  Okay.

22   OFF. SETTY:  [Inaudible] northbound, coming those

23 sides.

24   OFFICER 2:  Say it again, Broc.

25   OFF. SETTY:  [Inaudible] northbound [inaudible].

1    Hey, Mark [inaudible]. Yeah. I got dogs barking,

2    921977. [Inaudible]. Anyone responding [inaudible]

3    further north.

4         OFFICER 2:  [Inaudible].

5         OFF. SETTY:  [Inaudible] Drexel. What's this

6    guy's description again?

7         DISPATCH:  Yeah. White male, black and green

8    coat.

9         OFF. SETTY:  Where you at, Broc?

10        OFFICER 2:  Where is he? Where is he?

11        FEMALE:  Um, uh, here behind.

12        OFFICER 2:  Next there to the north of Drexel.

13        DISPATCH:  Okay. [Inaudible].

14        OFFICER 2:  I think we're good. He was walking

15   with that other fucking [inaudible]. Let's go over

16   there. Next one over. I saw him with the one guy. When

17   you told me that was him.

18        OFF. SETTY:  Yeah. He walked out with the other

19   guy. The other guy was talking to the people in the

20   fucking driveway.

21        OFFICER 2:  Okay.

22        OFF. SETTY:  [Inaudible].

23        OFFICER 3:  [Inaudible].

24        OFFICER 2:  Yeah.

25        OFFICER 3:  Seven O dispatch.

1        DISPATCH:  Seven O.

2        OFFICER 3:  [Inaudible].

3        OFFICER 2:  Charlie and t- -- uh, Baker are going

4   back over there.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1

2

3        I, Chris Naaden, a transcriber, hereby declare

4    under penalty of perjury that to the best of my

5    ability the above 4 pages contain a full, true and

6    correct transcription of the tape-recording that I

7    received regarding the event listed on the caption on

8    page 1.

9

10        Chris Naaden

11        September 10, 2024

12        Chris Naaden

13

14

15

16   (33244, Ex. G - Officer Hackstock BWC)

17

18

19

20

21

22

23

24

25
```