*Exhibit H*

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                      SOUTHERN DIVISION
 4
 5   DANIEL REIFF,              Case No. 23-cv-10513-LJM-JJCG
 6                              Hon. Laurie J. Michelson
 7   Plaintiffs,
 8
 9   vs.
10
11   OFFICER BROC SETTY, in his individual
12   capacity and CLINTON TOWNSHIP,
13
14   Defendants.
15
16
17            Ex. H - Officer Setty BWC
18
19                   *CONFIDENTIAL*
20
21
22
23
24
25
```

```
 1         DISPATCH:  There an update?
 2         OFFICER:  No. I'm on the north side of
 3   [inaudible].
 4         DISPATCH:  Okay.
 5         OFFICER:  Dispatch [inaudible] that way. We have
 6   a vehicle issue.
 7         DISPATCH:  Okay.
 8         OFFICER:  Crossover [inaudible] 1945 [inaudible].
 9         OFFICER 2:  [Inaudible] dispatch [inaudible].
10         DISPATCH:  Okay.
11         OFFICER 3:  Dispatch has been logged.
12         OFFICER 2:  [Inaudible].
13         DISPATCH:  Okay.
14         FEMALE:  A guy in a blue hoodie, just hopped my
15   fence and into that fence.
16         OFFICER 2:  Okay. He's gone that way?
17         FEMALE:  Yeah.
18         OFFICER 2:  Okay. Same side going northbound from
19   Ingleside.
20         OFFICER 3:  [Inaudible].
21         OFFICER 2:  Uh, to the fence. Northbound from
22   Ingleside to Wendell somewhere. Hey, Mark. I'm going
23   to swing around.
24         OFFICER 3:  Yeah. [Inaudible].
25         DISPATCH:  Dispatch [inaudible].
```

```
 1         OFFICER 3:  Dispatch has been updated.
 2         OFFICER 2:  Anyone responding? Start going
 3   further north.
 4         OFFICER 4:  [Inaudible].
 5         OFFICER 2:  Come here. Come here.
 6         OFFICER 5:  We have a white male, black
 7   [inaudible].
 8         OFFICER 2:  I'm going to tase you. I'm going to
 9   tase you, dude. Yeah. Baby. Come here.
10         MALE:  All right. I'm done.
11         OFFICER 2:  There you go. Turn around now.
12         MALE:  I'm done.
13         OFFICER 2:  Turn around.
14         MALE:  I'm done.
15         OFFICER 2:  Get on your fucking stomach now. Get
16   on your stomach, or I'm going to punch you. Get on
17   your stomach now. Dude, get on your fucking stomach.
18   Get on your stomach.
19         MALE:  [Inaudible] the drugs.
20         OFFICER 2:  Get on your stomach now.
21         MALE:  No.
22         OFFICER 2:  Get on your fucking stomach now. What
23   the fuck did I say?
24         MALE:  [Inaudible].
25         OFFICER 3:  [Inaudible] hands cuff.
```

```
 1         OFFICER 2:  Put your hands behind your back.
 2         MALE:  Here.
 3         OFFICER 2:  Give me the cuffs.
 4         MALE:  Please help me up. Please, God, help me
 5   up. Please. Please, I can't breathe.
 6         OFFICER 2:  Relax.
 7         MALE:  Cuff me, please.
 8         OFFICER 2:  Give me your hands.
 9         MALE:  I can't breathe, please. I have anxiety.
10         OFFICER 2:  21980. [Inaudible]. All right. Just
11   relax.
12         OFFICER 3:  Three grams of heroin.
13         MALE:  Yes. I need an ambulance, please.
14         OFFICER 3:  Well then, you know what? Chill out.
15         MALE:  Okay. Oh God. Oh my God.
16         OFFICER 3:  Well, you shouldn't have eaten
17   heroin.
18         MALE:  I didn't know what to do.
19         OFFICER 3:  How about you stop and confess up to
20   it. Now you've got a string of [Inaudible] charges on.
21   You got resist and obstruct. Jesus Christ.
22         OFFICER 1:  Why does it matter? You guys okay?
23         OFFICER 2:  Yeah. I'm fine.
24         OFFICER 3:  Yeah. Andrew.
25         OFFICER 1:  You all right?
```

```
 1         OFFICER 3:  Yeah.
 2         OFFICER 1:  What's your deal, man?
 3         OFFICER 2:  Took some heroin, he said.
 4         OFFICER 1:  Did -- did you eat it?
 5         OFFICER 3:  Answer him.
 6         MALE:  Yes. I said yes. [Inaudible].
 7         DISPATCH:  [Inaudible].
 8         MALE:  What?
 9         OFFICER 1:  Swallowed heroin?
10         OFFICER 2:  Yeah. He said he, uh -- he said he,
11   uh, swallowed some heroin. Swallowed some heroin.
12   There's an injury on his eye too.
13         MALE:  Three grams.
14         DISPATCH:  Okay.
15         MALE:  You're not going to -- please don't let me
16   die.
17         OFFICER 2:  You're good. Just relax, dude.
18         MALE:  No. Please don't let me die. I'm trying
19   [inaudible].
20         OFFICER 1:  Where -- where did the green and gray
21   jacket go?
22         OFFICER 2:  He -- he ditched it.
23         OFFICER 1:  Oh, he did? Okay.
24         OFFICER 3:  [Inaudible] number two.
25         OFFICER 2:  He's over by the -- by the house
```

```
 1   still.
 2        OFFICER 3:  [Inaudible] over there at all?
 3        OFFICER 2:  No. [Inaudible] like was there.
 4   Thanks.
 5        OFFICER 1:  Thank you. That'd be a long way.
 6        OFFICER 4:  Well, we're good here.
 7        OFFICER 3:  Pretty good.
 8        OFFICER 4:  You good? You need anything right
 9   now?
10        OFFICER 2:  No. I'm good for now.
11        OFFICER 3:  76, dispatch. You got medics are
12   coming right?
13        OFFICER 1:  Are you -- you're cut?
14        DISPATCH:  Yes. They are on their way.
15        OFFICER 1:  [Inaudible] throwing it out your hand
16   didn't made sense? Just putting it in your mouth and
17   swallow that made sense?
18        OFFICER 2:  What's your name, man?
19        MALE:  Uh.
20        OFFICER 2:  What's your name?
21        MALE:  James.
22        OFFICER 2:  What? What is it?
23        MALE:  James.
24        OFFICER 2:  Your ID on you?
25        OFFICER 3:  Okay.
```

```
 1         OFFICER 2:  Huh?
 2         OFFICER 3:  James, what's your last name? Come
 3    on.
 4         MALE:  James [inaudible].
 5         OFFICER 3:  How do you spell that?
 6         OFFICER 1:  What did he want -- something at
 7    Burwood in South [Langland]?
 8         OFFICER 2:  Huh?
 9         OFFICER 1:  What did he want somebody at Burwood
10    in South Langland?
11         OFFICER 2:  Yeah. [Inaudible] was over there.
12    There's another guy at that address I called it out.
13         OFFICER 1:  What's your -- what's your last name?
14         OFFICER 5:  The person that called the cops,
15    where do they live?
16         OFFICER 1:  How old are you?
17         DISPATCH:  [Inaudible] log here and see if we can
18    find the address.
19         OFFICER 1:  James, how old are you?
20         OFFICER 3:  Come on, how old are you?
21         MALE:  [Inaudible].
22         OFFICER 3:  What?
23         MALE:  What?
24         OFFICER 3:  How old are you?
25         OFFICER 2:  We are trying to figure out who you
```

```
 1   are man?
 2         OFFICER 3:  What is your name?
 3         MALE:  I said my name is James.
 4         OFFICER 3:  Okay. James. Tell me, James, you are
 5   on a roll, what's your last name?
 6         MALE:  [Inaudible].
 7         OFFICER 3:  Holmes?
 8         OFFICER 4:  Thank you dispatch. [Inaudible].
 9         OFFICER 3:  What yard [inaudible] in?
10         OFFICER 2:  Huh?
11         OFFICER 3:  What yard was he in?
12         OFFICER 4:  There was another male with him. Not
13   sure where he went.
14         OFFICER 5:  Okay. [Inaudible].
15         OFFICER 3:  You got all your equipment?
16         OFFICER 2:  Yeah.
17         OFFICER 4:  Who's this? Can I help you?
18         FEMALE:  I'm sorry. [Inaudible] this is my
19   parents' house.
20         OFFICER 2:  I'm sorry.
21         FEMALE:  This is my parents' house.
22         OFFICER 2:  Okay.
23         FEMALE:  Is my mom okay?
24         OFFICER 2:  Yeah. No one -- no one here's
25   involved, it's just someone who ran through the yard
```

```
 1   that's it. Here he is. You're good.
 2          FEMALE:  Oh, thank God. Oh, I saw my moms' car.
 3          OFFICER 2:  No. No, you're good. Is this r? This
 4   is r, right?
 5          OFFICER 3:  R.
 6          OFFICER 2:  Detective Baker, that address, I
 7   called out before he took off running and that's where
 8   the guy was but next to a truck.
 9          OFFICER 3:  Did you see two of them or just the
10   one?
11          OFFICER 2:  Just one.
12          OFFICER 4:  [Inaudible] in the truck. Familiar
13   with [inaudible] both are heroin users. One of them is
14   a boyfriend. I don't know who he is.
15          OFFICER 2:  He's a -- he says his name is James.
16   I don't know. I have no idea, dude. Did he tell you
17   his last name at all?
18          OFFICER 4:  No. That's his -- [inaudible] hop in
19   the fence?
20          OFFICER 2:  Yeah.
21          OFFICER 4:  You want, uh, something on that right
22   now?
23          OFFICER 2:  I'm good now. Waiting for MedStar to
24   get here.
25          OFFICER 4:  I can hear them or I thought that was
```

```
 1   them.
 2         OFFICER 2:  James, what's your last name?
 3         OFFICER 3:  I think [inaudible] out with a known
 4   location or known party might be willing to help.
 5         OFFICER 1:  [Inaudible] here if they know him.
 6         OFFICER 2:  Who? Next door?
 7         OFFICER 1:  Yeah. Check the PD.
 8         OFFICER 2:  Okay.
 9         OFFICER 3:  Do they know him?
10         OFFICER 1:  I don't know if they do or not. I
11   would ask them though.
12         OFFICER 2:  I didn't search him at all either.
13         OFFICER 3:  MedStar gets here, we'll get him up.
14   And if you can walk [inaudible], if you can't just
15   hold him, pat him down. [Inaudible].
16         OFFICER 4:  [Inaudible] we got this.
17         OFFICER 2:  All right. Fucking thumb is swollen
18   though.
19         OFFICER 3:  Getting stuck in the fence.
20         OFFICER 2:  Um, may have. I don't know. I know
21   when I jumped here, he got caught and I -- get him,
22   grabbing his collar and he tried pulling away and I
23   just held onto him when he fell down. So that could
24   have been from the fence.
25         OFFICER 3:  Yeah.
```

```
 1        OFFICER 2:  He wasn't getting on his stomach
 2   either.
 3        OFFICER 3:  I'm trying to get [inaudible]. I'm
 4   like what the fuck are you saying. You back off the
 5   gas, the light goes out. I can give the gas when the
 6   light comes on.
 7        FEMALE:  Hello
 8        OFFICER 1:  Hi.
 9        OFFICER 3:  Hi.
10        FEMALE 2:  Can you just bring [inaudible] or can
11   they walk?
12        OFFICER 2:  Well, we're going to see if he can
13   walk. If not, we'll have to do with [inaudible].
14        FEMALE 2:  Okay. I wasn't sure if they were just
15   sitting there. Are they like, um --
16        OFFICER 2:  He said he took some heroin. He
17   swallowed a bunch of heroin before he ran from us.
18        FEMALE 2:  That's what my -- that's what my notes
19   said. But is he like with it like?
20        OFFICER 2:  No. He -- he -- he ran for a little
21   bit.
22        FEMALE 1:  You want me to hold my hand?
23        OFFICER 2:  You're okay.
24        OFFICER 3:  He was trying to climb over tn here?
25        OFFICER 2:  Yeah. He -- he ran all the way from
```

```
 1    the other side of, uh, metro. All the way this way.
 2         OFFICER 3:  Oh -- oh no shit. You got a runner,
 3    huh?
 4         OFFICER 2:  Yeah. We got a call of him running
 5    through backyards and then we went to stop him and he
 6    took off running.
 7         OFFICER 3:  So he was coming from --
 8         OFFICER 2:  Yeah. This way. We -- he didn't -- I
 9    was -- I was right behind him the whole way from the
10    other -- from uh, Drexel all the way over and he
11    didn't toss anything. So you shouldn't expect to find
12    anything in her yard.
13         FEMALE 2:  I heard the yelling. [Inaudible].
14         OFFICER 2:  All right. That's enough excitement
15    for the morning. Take care, sir.
16         OFFICER 3:  Thank you.
17         OFFICER 1:  He told us, James.
18         FEMALE 2:  Your eye [inaudible] hurt. You hurt
19    your eyes. [Inaudible]. Is there any way that we can
20    [inaudible]?
21         OFFICER 1:  Yeah. That's fine.
22         FEMALE 2:  Before we buckle him. Get a barrier
23    sheet. Hey, listen sir -- sir, it's me. It's not the
24    cops. Listen, I'm trying to tell you something. Your
25    eye is hurt and I want -- your eye it actually looks
```

1 　really bad now that you're opening it. Are you having
2 　any pain?
3 　　　　OFFICER 1:  We're going to go -- hey Tony, we're
4 　going to go right side.
5 　　　　FEMALE 2:  Yeah. You look pretty -- his eye is --
6 　did you see it? I mean it's -
7 　　　　OFFICER 1:  Yeah.
8 　　　　FEMALE 2:  It looks like he's going to need a --
9 　like an ophthalmology consult.
10 　　　　OFFICER 1:  Yeah. Here, sit up.
11 　　　　FEMALE 2:  Honey. I want to get you -- I want to
12 　get an ID on you and get you going. Okay? So it's just
13 　more a matter of you -- you got a really serious
14 　injury to your eye. Okay.
15 　　　　OFFICER 1:  Now roll them a little more. I'm
16 　going to let go of your hand.
17 　　　　FEMALE 2:  Can you hear me? Yeah. Um, when you
18 　said that you swallowed heroin, how much did you
19 　swallow?
20 　　　　OFFICER 1:  Do you want both hands to be --?
21 　　　　FEMALE 2:  Hmm?
22 　　　　OFFICER 2:  Here, he can roll back.
23 　　　　FEMALE 2:  Okay. Lay back honey. Your -- your
24 　hand is -- we're going to -- we're going to try to get
25 　you. Let's go up -- up -- up -- up. Oops. Slide you

```
 1   up, honey, before you --
 2        MALE:  Oh.
 3        OFFICER 2:  Oh, here, hold on, hold on, hold on,
 4   hold on, hold on.
 5        FEMALE 2:  That's my back.
 6        OFFICER 2:  Leave it. Leave it just like this.
 7        MALE:  Oh.
 8        OFFICER 2:  Leave it just like this.
 9        MALE:  Oh. It doesn't bend that way.
10        FEMALE 2:  Sir. Sir. Here. Come on now.
11        FEMALE 1:  Sorry [inaudible]. I'm not playing
12   games [inaudible].
13        OFFICER 1:  Yeah. Could you guys get him situated
14   and look at my partner, real quick?
15        FEMALE 1:  What?
16        OFFICER 1:  Look at my partner, real quick.
17   [Inaudible].
18        FEMALE 2:  Oh, you hurt yourself?
19        OFFICER 2:  Yeah.
20        FEMALE 2:  Yeah. This is just to go under his
21   arms.
22        OFFICER 1:  Just under his arms.
23        FEMALE 2:  Yeah. I know he's handcuffed, but it's
24   more so he can't try to get up.
25        OFFICER 1:  [Inaudible] you don't need to explain
```

1  anything to me.
2       OFFICER 3:  My bad.
3       FEMALE 2:  [Inaudible]. Okay. Sir. Do I need --
4  do I owe you a buckle guard or is that -- that's what
5  we have. Huh?
6       OFFICER 1:  I got it. I got it.
7       FEMALE 2:  [Inaudible]. Now up.
8       OFFICER 1:  I still look good.
9       OFFICER 2:  I think I'm -- I think I got
10 everything.
11      FEMALE 2:  Okay. What's going on with your hands?
12      OFFICER 2:  Some skin sliced open.
13      FEMALE 2:  Do you have any bleeding?
14      OFFICER 2:  Yeah.
15      FEMALE 2:  All right.
16      OFFICER 1:  Probably cut it out [inaudible].
17      FEMALE 2:  Hold on one second. Don't [inaudible].
18      OFFICER 2:  Probably. Yeah.
19      FEMALE 2:  Do me a favor. Put him on the monitor.
20 [Inaudible]. I get him some -- just [inaudible].
21
22
23
24
25

```
 1
 2
 3        I, Chris Naaden, a transcriber, hereby declare
 4   under penalty of perjury that to the best of my
 5   ability the above 15 pages contain a full, true and
 6   correct transcription of the tape-recording that I
 7   received regarding the event listed on the caption on
 8   page 1.
 9
10      Chris Naaden
11        September 10, 2024
12        Chris Naaden
13
14
15
16   (33244, Ex. H - Officer Setty BWC)
17
18
19
20
21
22
23
24
25
```