# *Exhibit H-1*





















