UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL REIFF,             Case No. 23-cv-10513-LJM-KGA
                                               Hon. Laurie J. Michelson
    Plaintiff,                Mag. Judge Kimberly G. Altman

vs.

OFFICER BROC SETTY, in his individual
capacity and CLINTON TOWNSHIP,

    Defendants.
_____/

## INDEX OF MEDIA EXHIBITS IN SUPPORT OF DEFENDANTS CLINTON TOWNSHIP AND OFFICER BROC SETTYS' SECOND AMENDED MOTION FOR SUMMARY JUDGMENT [ECF No. 46]

NOW COME Defendants Clinton Township and Clinton Township Officer Broc Setty (collectively hereinafter "Defendants"), by and through their attorneys, Kirk, Huth, Lange & Badalamenti, PLC and Peacock Law, P.C., and in support of their Motion for Summary Judgment [**ECF No. 46**], upload the following media exhibits under ECF Rule 19(c) pursuant to leave granted at **ECF No.43**:

    **Exhibit F** – Dispatch Audio (wav file), cited at ECF No.46 PageID.1883, 1890.

    **Exhibit G** – Video Recording of Ofc. Hackstock Body Worn Camera (mp4 file), cited at ECF No.46 PageID.1883, timestamp 00:01-10, PageID.1884, timestamp 00:10-23, 00:30-34, 00:40-05:30, PageID.1890, timestamp 00:01-00:34.

**Exhibit H** – Video Recording of Ofc. Setty Body Worn Camera (mp4 file), cited at ECF No.46 PageID.1884, timestamp 03:43-04:16, PageID.1885, timestamp 04:13-33, PageID.1886, timestamp 04:33-06:10, 08:10-09:20, PageID.1891, timestamp 04:19-24, PageID.1892, timestamp 04:17-45, PageID.1893, timestamp 04:17-45, PageID.1895, timestamp 04:17-45, 04:31-33.

Respectfully submitted,

**KIRK, HUTH, LANGE & BADALAMENTI, PLC**

s/Raechel M. Badalamenti
RAECHEL M. BADALAMENTI (P64361)
Email: rbadalamenti@kirkhuthlaw.com
Attorneys for Defendants
19500 Hall Road, Suite 100
Clinton Township, MI  48038
Dated: October 7, 2024                (586) 412-4900

### CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all ECF participants in this case.  I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

s/Raechel M. Badalamenti
RAECHEL M. BADALAMENTI (P64361)