UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL REIFF,

    Plaintiff,

vs.

OFFICER BROC SETTY,
in his individual capacity,

    Defendant.

Case No. 23-cv-10513-LJM-JJCG
Hon. Laurie J. Michelson

## **VERDICT FORM**

We the jury, after due deliberation and consideration of all of the evidence, unanimously reach the following verdict:

**Question 1:** Did Defendant Clinton Township Police Officer Broc Setty violate Plaintiff Daniel Reiff's Fourth Amendment rights by using excessive force against him?

    YES __X__                        NO ____

**If you answered "yes" to Question 1, answer question 2. If you answered "no" to Question 1, you need not answer any further questions.**

**Question 2:** Did Plaintiff Daniel Reiff sustain any damages as a result of that excessive force?

    YES __X__                        NO ____

**If you answered "yes" to Question 2, answer question 3. If you answered "no" to Question 2, you need not answer any further questions.**

**Question 3:** Was the excessive force the proximate cause and cause in fact of any of those damages?

YES  X                                         NO _____

**If you answered "yes" to Question 3, answer question 4. If you answered "no" to Question 3, you need not answer any further questions.**

**Question 4:** What is the amount of compensatory damages that Plaintiff Daniel Reiff sustained?   $ 4,000,000

**If you awarded compensatory damages, proceed to question number 5. If you awarded $0 in response to Question 4, you need not answer any further questions.**

**Question 5:** Did Clinton Township Police Officer Setty act with an evil motive or intent or act with reckless or callous indifference to the Plaintiff's federally protected rights?

YES  X                                         NO _____

**If you answered "yes" to Question 5, answer question 6. If you answered "no" to Question 5, you need not answer any further questions.**

**Question 6:** Do you award punitive damages to Plaintiff Daniel Reiff against Defendant Clinton Township Police Officer Broc Setty?

YES  X                                         NO _____

If yes, in what amount?         $ 50,000

*Please sign and date this verdict form*

Dated: 12/15/2025          s/Foreperson
City of Detroit, Michigan   In Compliance with the Privacy Policy
                            adopted by the Judicial Conference, the verdict
                            form with the original signature has been filed
                            under seal