MARKO LAW
P: (313) 777-7LAW
F: (313) 771-5785
1300 BROADWAY ST. | 5TH FLOOR
DETROIT, MI 48226
MARKOLAW.COM

# EXHIBIT 25

| Date | Time Keeper | Activity | Time (hr.) | Rate | Fee |
|---|---|---|---|---|---|
| 2/28/2022 | Jonathan Marko | Conference with Zach Runyon re case status. Discovered that Mr. Reiff has outstanding warrants. He's getting arraigned on March 10. Discussed moving forward with the criminal actions. Conference and research re how criminal case will affect pending civil case and need for representation. | 0.8 | $ 1,600.00 | $ 1,280.00 |
| 3/10/2022 | Jonathan Marko | Conference with attorney Zach Runyon and Allison Kriger (Criminal Attorney for Reiff) re Daniel Reiff's arraignment in Clinton Township. He was given a $5,000 personal bond; discussed moving forward on case. | 0.2 | $ 1,600.00 | $ 320.00 |
| 6/15/2022 | Jonathan Marko | Case management meeting with MJ; discuss necessary steps to move case, including depositions that need to be taken and identifying potential witnesses | 1 | $ 1,600.00 | $ 1,600.00 |
| 7/14/2022 | Jonathan Marko | Case management meeting with MJ; discuss necessary depositions and case strategy | 0.6 | $ 1,600.00 | $ 960.00 |
| 9/19/2022 | Jonathan Marko | Case management meeting with MJ; discuss need for experts | 0.2 | $ 1,600.00 | $ 320.00 |
| 10/7/2022 | Jonathan Marko | Conference with attorney Allison Kriger (Criminal Attorney for Reiff) re status of criminal case in front of Judge Caretti in Macomb County Circuit Court. Discussed strategy and moving forward. Advsied that Judge Caretti adjourned to October 19th. Advised that status of criminal case will directly impact and affect the legal theories that can be brought in the civil case. | 0.5 | $ 1,600.00 | $ 800.00 |
| 11/5/2022 | Jonathan Marko | Communications with MJ re status of the Reiff case, strategy, and moving forward on the case. | 0.4 | $ 1,600.00 | $ 640.00 |
| 12/3/2022 | Jonathan Marko | Review email from MJ re use of force expert. | 0.2 | $ 1,600.00 | $ 320.00 |
| 12/12/2022 | Jonathan Marko | Review email from MJ re expert. | 0.2 | $ 1,600.00 | $ 320.00 |
| 12/15/2022 | Jonathan Marko | Case management meeting with MJ; discuss use of force expert | 0.2 | $ 1,600.00 | $ 320.00 |
| 1/25/2023 | Jonathan Marko | Case management meeting with MJ; discuss depositions, witnesses, and Defendant's defenses to liability | 0.5 | $ 1,600.00 | $ 800.00 |
| 1/26/2023 | Jonathan Marko | Review MJ draft of Complaint; make edits thereto | 1.1 | $ 1,600.00 | $ 1,760.00 |
| 2/16/2023 | Jonathan Marko | Review MJ draft of press release; make edits thereto | 0.2 | $ 1,600.00 | $ 320.00 |
| 2/20/2023 | Jonathan Marko | Communications with MJ re status of Reiff case. | 0.2 | $ 1,600.00 | $ 320.00 |
| 2/27/2023 | Jonathan Marko | Meeting with client | 2 | $ 1,600.00 | $ 3,200.00 |
| 2/27/2023 | Jonathan Marko | Case management meeting with MJ; discuss general status of case and press release | 0.3 | $ 1,600.00 | $ 480.00 |
| 3/3/2023 | Jonathan Marko | Review email from MJ re press release | 0.1 | $ 1,600.00 | $ 160.00 |
| 3/4/2023 | Jonathan Marko | Conference with MJ and legal assistant Melinda Morisset re Reiff file. Instruct to properly organize the file, including organizing the videos and having certain videos clipped for relevant content. Also discussed pictures. | 0.5 | $ 1,600.00 | $ 800.00 |
| 3/5/2023 | Jonathan Marko | Issue press release with MJ | 0.1 | $ 1,600.00 | $ 160.00 |
| 3/6/2023 | Jonathan Marko | Conference with Allison Kriger (Criminal Defense Attorney for Reiff) re criminal matter, status, and need for entire criminal file on the case. Discussed weaknesses and strengths of the case as well as strategic impressions. | 1 | $ 1,600.00 | $ 1,600.00 |
| 3/9/2023 | Jonathan Marko | Meeting with MJ re Fox 2 Detroit interview | 1 | $ 1,600.00 | $ 1,600.00 |
| 3/14/2023 | Jonathan Marko | Communications with Allison Kriger (Criminal Defense Attorney for Reiff) re the case, status update, and cost of criminal defense. | 0.2 | $ 1,600.00 | $ 320.00 |
| 3/24/2023 | Jonathan Marko | Case management meeting with MJ; discuss status of case, including criminal case, and strengths of case discussed with Criminal Defense Attorney Allison Kriger | 0.5 | $ 1,600.00 | $ 800.00 |
| 4/4/2023 | Jonathan Marko | Review email from MJ re re expert retention | 0.2 | $ 1,600.00 | $ 320.00 |
| 5/1/2023 | Jonathan Marko | Meeting with MJ re Metro Times interview | 0.5 | $ 1,600.00 | $ 800.00 |
| 5/1/2023 | Jonathan Marko | Metro Times interview with MJ | 0.8 | $ 1,600.00 | $ 1,280.00 |
| 5/16/2023 | Jonathan Marko | Case management meeting with MJ; discuss interview, experts, and depositions | 0.6 | $ 1,600.00 | $ 960.00 |
| 6/19/2023 | Jonathan Marko | Case management meeting with MJ; discuss experts and witness testimony | 0.7 | $ 1,600.00 | $ 1,120.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6/28/2023 | Jonathan Marko | Meeting with MJ re experts | 0.6 | $ | 1,600.00 | $ | 960.00 |
| 8/11/2023 | Jonathan Marko | Communications with Dr. Bradley Sewick re Daniel Reiff case, status, and report. | 1.5 | $ | 1,600.00 | $ | 2,400.00 |
| 12/16/2023 | Jonathan Marko | Case management meeting with MJ; discuss status of case, client examinations, and depositions | 0.9 | $ | 1,600.00 | $ | 1,440.00 |
| 1/28/2024 | Jonathan Marko | Review email from Fortz Legal re deposition transcript of client; review same. | 4.5 | $ | 1,600.00 | $ | 7,200.00 |
| 3/13/2024 | Jonathan Marko | Review email chain between MJ and OC re client paperwork for examination and redlines thereto; discuss changes with MJ | 0.7 | $ | 1,600.00 | $ | 1,120.00 |
| 3/13/2024 | Jonathan Marko | Email exchange with MJ re OC request for client to fill out paperwork at examination; review proposed paperwork; advise accordingly. | 2.1 | $ | 1,600.00 | $ | 3,360.00 |
| 4/22/2024 | Jonathan Marko | Case management meeting with MJ; discuss case file, potential need for facilitation, and general status of witness depositions | 0.6 | $ | 1,600.00 | $ | 960.00 |
| 5/8/2024 | Jonathan Marko | Email exchange with MJ re OC request for demand; advise on the request | 0.5 | $ | 1,600.00 | $ | 800.00 |
| 6/20/2024 | Jonathan Marko | Review email from Fortz Legal re deposition transcript of Tammy Reiff; review same. | 3.2 | $ | 1,600.00 | $ | 5,120.00 |
| 8/4/2024 | Jonathan Marko | Case management with MJ | 0.3 | $ | 1,600.00 | $ | 480.00 |
| 9/3/2024 | Jonathan Marko | Review email from MJ re facilitation; discuss same with MJ | 0.4 | $ | 1,600.00 | $ | 640.00 |
| 9/9/2024 | Jonathan Marko | Review and edit faciliation summary | 0.5 | $ | 1,600.00 | $ | 800.00 |
| 9/11/2024 | Jonathan Marko | Review email exchange between MJ and Riley & Hurley re facilitation. | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 9/13/2024 | Jonathan Marko | Review email from paralegal Devynn Stepowski re Defendants' facilitation summary | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 9/13/2024 | Jonathan Marko | Review Defendants' facilitation summary; strategize about same; discuss same with MJ | 5.2 | $ | 1,600.00 | $ | 8,320.00 |
| 9/14/2024 | Jonathan Marko | Review Defendant's Second Amended MSJ and strategize about same; discuss same with MJ | 4.5 | $ | 1,600.00 | $ | 7,200.00 |
| 9/16/2024 | Jonathan Marko | Review email chain from Riley & Hurley re facilitation logistics; discuss with MJ | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 9/16/2024 | Jonathan Marko | Review email from Devynn Stepowski to Riley & Hurley re facilitation communications | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 9/16/2024 | Jonathan Marko | Send email re facilitation and communications thereabout | 0.3 | $ | 1,600.00 | $ | 480.00 |
| 9/16/2024 | Jonathan Marko | Review case file; strategize about and prepare for facilitation | 8.2 | $ | 1,600.00 | $ | 13,120.00 |
| 9/17/2024 | Jonathan Marko | Attend facilitation | 5 | $ | 1,600.00 | $ | 8,000.00 |
| 9/17/2024 | Jonathan Marko | Post facilitation debriefing with MJ | 1.4 | $ | 1,600.00 | $ | 2,240.00 |
| 9/23/2024 | Jonathan Marko | Review email from MJ re Court hearing motion on the briefing; review Order on same | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 9/24/2024 | Jonathan Marko | Review email chain re Plaintiff's Motion to Strike Late-Disclosed Expert and concurrence sought therefor | 0.5 | $ | 1,600.00 | $ | 800.00 |
| 9/24/2024 | Jonathan Marko | Review email chain re Plaintiff's Motion to Strike Late-Disclosed Expert | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 9/24/2024 | Jonathan Marko | Email exchange with MJ Plaintiff's Motion to Strike Late-Disclosed Expert | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 9/25/2024 | Jonathan Marko | Discussion with MJ re Reiff Motion for Summary Judgment. | 1.2 | $ | 1,600.00 | $ | 1,920.00 |
| 10/3/2024 | Jonathan Marko | Review MJ draft of Plaintiff's Response to Defendant's MSJ; make changes and edits thereto | 3.4 | $ | 1,600.00 | $ | 5,440.00 |
| 10/9/2024 | Jonathan Marko | Review email from OC re extension request for response to Motion to Strike | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 10/10/2024 | Jonathan Marko | Review follow-up email from OC re extension request for response to Motion to Strike | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 10/10/2024 | Jonathan Marko | Review email re Robert Riley statement for facilitation. | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 11/15/2024 | Jonathan Marko | Email exchange with MJ re deps of Defendants' experts and potential expert testimony; review attached expert reports; advise MJ on same | 2.2 | $ | 1,600.00 | $ | 3,520.00 |
| 12/4/2024 | Jonathan Marko | Review email from Accounting re payment deps of Defendants' experts | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/18/2024 | Jonathan Marko | Review email re Robert Riley statement for facilitation. | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 5/2/2025 | Jonathan Marko | Review email chain between MJ and OC re MRE 408 settlement offer | 0.4 | $ | 1,600.00 | $ | 640.00 |
| 8/13/2025 | Jonathan Marko | Review MSJ order with MJ and discuss next steps | 0.6 | $ | 1,600.00 | $ | 960.00 |
| 8/14/2025 | Jonathan Marko | Review letter drafted by MJ re confidential MRE 408 communication | 0.5 | $ | 1,600.00 | $ | 800.00 |
| 9/5/2025 | Jonathan Marko | Discussion with MJ re trial date set on December 2nd for case. Discuss going back to facilitation with Robert Riley. | 0.5 | $ | 1,600.00 | $ | 800.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 9/17/2025 | Jonathan Marko | Review email re Robert Riley statement for facilitation. | 0.3 | $ | 1,600.00 | $ | 480.00 |
| 10/21/2025 | Jonathan Marko | Review email from OC's office re FOIA to Chesterfield Police Department | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 11/7/2025 | Jonathan Marko | Case management with MJ | 0.5 | $ | 1,600.00 | $ | 800.00 |
| 11/7/2025 | Jonathan Marko | Email chain with MJ and OC re mediation demand | 0.7 | $ | 1,600.00 | $ | 1,120.00 |
| 11/7/2025 | Jonathan Marko | Communications with Dr. Bradley Sewick and Dr. Gerald Shiener re trial on December 2nd. Request reevaluation to be prepared for trial. Schedule dates for reevaluation and discuss case. | 0.4 | $ | 1,600.00 | $ | 640.00 |
| 11/9/2025 | Jonathan Marko | Discussion with MJ re scheduling meeting with Daniel Reiff in preparation of trial. | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 11/9/2025 | Jonathan Marko | Extensive communications and conference with attorney MJ and Darren Findling re conservatorship for Daniel. Discuss the need for conservatorship vs guardianship. Discuss emergency petition that is being filed and plan of action for moving forward. Send Darren Findling documentation needed. Debrief with MJ. | 1.5 | $ | 1,600.00 | $ | 2,400.00 |
| 11/17/2025 | Jonathan Marko | Discuss settlement with MJ | 0.6 | $ | 1,600.00 | $ | 960.00 |
| 11/17/2025 | Jonathan Marko | Review email from Dr. Sewick re client needs in future | 0.5 | $ | 1,600.00 | $ | 800.00 |
| 11/18/2025 | Jonathan Marko | Email chain with OC re mediation | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 11/19/2025 | Jonathan Marko | Review email from Dr. Sewick re client condition | 0.6 | $ | 1,600.00 | $ | 960.00 |
| 11/19/2025 | Jonathan Marko | Communications with Darren Findling and MJ re emergency hearing for guardian and conservatorship. | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 11/21/2002 | Jonathan Marko | Meet with MJ re settlement | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 11/21/2025 | Jonathan Marko | Email exchange with MJ re demand letter; review same | 0.7 | $ | 1,600.00 | $ | 1,120.00 |
| 11/24/2025 | Jonathan Marko | Review email from MJ to Darren Findling re motion for next friend being denied; discuss same with MJ | 0.3 | $ | 1,600.00 | $ | 480.00 |
| 11/24/2025 | Jonathan Marko | Discussion with Darren Findling and MJ re motion for next friend being denied. | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 11/25/2025 | Jonathan Marko | Review email exchange between MJ and Stephenye Remus re flight booking for Scott DaFoe | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 11/26/2025 | Jonathan Marko | Draft and file Appearance of Counsel | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 11/26/2025 | Jonathan Marko | Review email confirming filing of Notice of Appearance of JRM | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 11/26/2025 | Jonathan Marko | Email chain with MJ and John Eads re OC's ex parte contact of client's PCP | 0.8 | $ | 1,600.00 | $ | 1,280.00 |
| 11/26/2025 | Jonathan Marko | Watch MJ opening practice and prepare for trial with entire trial team; dictate notes on MJ's opening and discuss same and general opening argument strategy | 3.2 | $ | 1,600.00 | $ | 5,120.00 |
| 11/27/2025 | Jonathan Marko | Email chain with MJ, John Eads, and Craig Hilborn re OC's ex parte contact of client's PCP | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 11/28/2025 | Jonathan Marko | Email chain with MJ and Allie Farris re OC's strategy at trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 11/28/2025 | Jonathan Marko | Email chain with MJ and Chris Putrycus re Defendant's surveillance of client | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 11/28/2025 | Jonathan Marko | Trial meeting with MJ | 0.4 | $ | 1,600.00 | $ | 640.00 |
| 11/28/2025 | Jonathan Marko | Review email exchange between MJ and OC re exhibits and settlement discussion | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 11/30/2025 | Jonathan Marko | Critique MJ opening | 3.5 | $ | 1,600.00 | $ | 5,600.00 |
| 12/1/2025 | Jonathan Marko | Review email from Gerald Posner re case lien | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/1/2025 | Jonathan Marko | Communications with Dr. Shiener's psychiatry residents re forensic psychiatry work and Dr. Shiener's testimony at trial; discuss same with MJ | 0.5 | $ | 1,600.00 | $ | 800.00 |
| 12/1/2025 | Jonathan Marko | Review email re filing of Revised Joint Final Pretrial Order | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/2/2025 | Jonathan Marko | Communications with Allison Kriger (Criminal Attorney for Reiff) re case status and trial update. | 1.4 | $ | 1,600.00 | $ | 2,240.00 |
| 12/2/2025 | Jonathan Marko | Attend voir dire/first day of trial | 8 | $ | 1,600.00 | $ | 12,800.00 |
| 12/2/2025 | Jonathan Marko | Communications with Darren Findling re trial status and trial update. | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 12/2/2025 | Jonathan Marko | Review email re Robert Riley statement for facilitation. | 0.3 | $ | 1,600.00 | $ | 480.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/2/2025 | Jonathan Marko | Review email from Gerald Posner re case updates | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/2/2025 | Jonathan Marko | Review email re Voire Dire minute entry | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 12/2/2025 | Jonathan Marko | Review email from court reporter confirming daily copy of transcripts | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/2/2025 | Jonathan Marko | Meet with MJ; strategize about next day of trial and prepare for witness testimony | 1.3 | $ | 1,600.00 | $ | 2,080.00 |
| 12/3/2025 | Jonathan Marko | Review email re transcript of jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/3/2025 | Jonathan Marko | Review email re minute entry for jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/3/2025 | Jonathan Marko | Meet with MJ; strategize about next day of trial and prepare for witness testimony | 1.5 | $ | 1,600.00 | $ | 2,400.00 |
| 12/4/2025 | Jonathan Marko | Review email re minute entry for jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/4/2025 | Jonathan Marko | Review email re transcript of jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/4/2025 | Jonathan Marko | Meet with MJ after trial; strategize about next day of trial and prepare for witness testimony | 0.4 | $ | 1,600.00 | $ | 640.00 |
| 12/5/2025 | Jonathan Marko | Review email re minute entry for jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/5/2025 | Jonathan Marko | Meet with MJ after trial; summarize week of trial | 0.5 | $ | 1,600.00 | $ | 800.00 |
| 12/5/2025 | Jonathan Marko | Review email re transcript of jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/6/2025 | Jonathan Marko | Review email re transcript of jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/7/2025 | Jonathan Marko | Meet with MJ before trial; strategize about next day of trial and prepare for witness testimony and strategy on closing | 2.5 | $ | 1,600.00 | $ | 4,000.00 |
| 12/8/2025 | Jonathan Marko | Review email re minute entry for jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/8/2025 | Jonathan Marko | Review email from MJ re anticipated closing arguments | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/8/2025 | Jonathan Marko | Meet with MJ after trial; strategize about next day of trial and prepare for witness testimony | 1.5 | $ | 1,600.00 | $ | 2,400.00 |
| 12/10/2025 | Jonathan Marko | Meet with MJ; strategize about next day of trial and closing argument | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 12/11/2025 | Jonathan Marko | Review email chain between attorneys Gasper Stare and Allie Farris re closing argument | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/11/2025 | Jonathan Marko | Attend portion of trial | 1.5 | $ | 1,600.00 | $ | 2,400.00 |
| 12/11/2025 | Jonathan Marko | Meet with MJ regarind closing argument | 1 | $ | 1,600.00 | $ | 1,600.00 |
| 12/11/2025 | Jonathan Marko | Review email from Dr. Sewick's office re bill and trial appearance | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 12/11/2025 | Jonathan Marko | Review email re minute entry for miscellaneous hearing via telephone | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/11/2025 | Jonathan Marko | Review email re minute entry for jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/11/2025 | Jonathan Marko | Discussions with Darren Findling and attorney Gasper Stare re petition to appoint Findling as conservator. Advised the Guardian ad Litem had not yet met with Anna Marie Daniel. Concerns of him meeting with the Guardian ad Litem as it is time sensitive and must be done prior to the hearing. | 0.4 | $ | 1,600.00 | $ | 640.00 |
| 12/12/2025 | Jonathan Marko | Trial update and communications with Kim Suzor re case status. | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 12/12/2025 | Jonathan Marko | Email chain with OC re settlement offer and high-low for vedict | 0.3 | $ | 1,600.00 | $ | 480.00 |
| 12/12/2025 | Jonathan Marko | Review email re transcript of jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/12/2025 | Jonathan Marko | Review email re minute entry for jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/13/2025 | Jonathan Marko | Meeting regarding jury instruction v verdict form | 0.9 | $ | 1,600.00 | $ | 1,440.00 |
| 12/13/2025 | Jonathan Marko | Review emails from OC re settlement offer and Defendant's perceived issues on appeal | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 12/13/2025 | Jonathan Marko | Review email re transcript of jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/13/2025 | Jonathan Marko | Commnications with Kim Suzor re Daniel Reiff's case and status. | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 12/14/2025 | Jonathan Marko | Review email chain between OC, MJ, and Darren Findling re petition for conservatorship and voicemails from family members | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/14/2025 | Jonathan Marko | Review email re transcript of jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/14/2025 | Jonathan Marko | Communications with Darren Findling and MJ re defense attorney Raechel Badalamenti having unauthorized contact with the conservator. Advised that she is not trustworthy and is attempting to sabotage Plaintiff's case through any means necessary. | 0.2 | $ | 1,600.00 | $ | 320.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/14/2025 | Jonathan Marko | Review email exchange between MJ and OC to Court re OC improperly contacting client to coerce settlement | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 12/14/2025 | Jonathan Marko | Review email from Court re briefing and addressing juror questions next day | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/15/2025 | Jonathan Marko | Communications and conference with MJ re verdict and next steps to brief. Advised Darren Findling of situation. Discuss next steps, including but not limited to, attorney fee petition and motions. | 1.8 | $ | 1,600.00 | $ | 2,880.00 |
| 12/15/2025 | Jonathan Marko | Review draft press release from MJ; make changes thereto | 0.7 | $ | 1,600.00 | $ | 1,120.00 |
| 12/15/2025 | Jonathan Marko | Meet with MJ after trial re post verdict motions | 1.6 | $ | 1,600.00 | $ | 2,560.00 |
| 12/15/2025 | Jonathan Marko | Review email re minute entry for jury trial | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/15/2025 | Jonathan Marko | Review email re jury instructions | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/15/2025 | Jonathan Marko | Review email re amended jury instructions | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/15/2025 | Jonathan Marko | Review email from Law360 re press release for verdict | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/15/2025 | Jonathan Marko | Review email re verdict form | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/15/2025 | Jonathan Marko | Review email re notice of correction | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/15/2025 | Jonathan Marko | Review email re corrected verdict form | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/15/2025 | Jonathan Marko | Send out press release re jury verdict to various news outlets | 0.6 | $ | 1,600.00 | $ | 960.00 |
| 12/16/2025 | Jonathan Marko | Email exchange with MJ re press release; discuss same with MJ | 0.3 | $ | 1,600.00 | $ | 480.00 |
| 12/16/2025 | Jonathan Marko | Communication with Allison Kriger (Criminal Attorney for Reiff) re case and verdict. | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 12/16/2025 | Jonathan Marko | Email from Fieger, Fieger, Kenney, & Harrington re cost sheet | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 12/16/2025 | Jonathan Marko | Review email re sealed juror notes | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 12/17/2025 | Jonathan Marko | Email exchange with Allie Farris and Chris Putrycus re dates for motion for attorney fees and costs | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 12/17/2025 | Jonathan Marko | Email exchange with John Bryan re bodycam footage | 0.4 | $ | 1,600.00 | $ | 640.00 |
| 12/29/2025 | Jonathan Marko | Communications with Darren Findling re conservatorship file of Daniel Reiff. Advise that we need to serve a petition and that a Guardian ad Litem will be appointed. | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 1/5/2026 | Jonathan Marko | Communications with Darren Findling and MJ re setting up conservator and guardianship and scheduling a meeting with the family | 0.3 | $ | 1,600.00 | $ | 480.00 |
| 1/8/2026 | Jonathan Marko | Meet with MJ, Darren Findling, and the Reiff family re guardianship and conservatorship, the need to set up special needs trust to protect government benefits. Discussions re pros and cons. Discussions re immeidate and future needs. Debrief with Darren and Michael re proceeding. | 2 | $ | 1,600.00 | $ | 3,200.00 |
| 1/8/2026 | Jonathan Marko | Review email from Court re signed Judgment | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 1/8/2026 | Jonathan Marko | Review email from Allie Farris re deadline to file motion for attorney fees and costs; calendar date | 0.2 | $ | 1,600.00 | $ | 320.00 |
| 1/12/2026 | Jonathan Marko | Communications with financial adviser re protecting and investing assets of Mr. Reiff | 0.3 | $ | 1,600.00 | $ | 480.00 |
| 1/13/2026 | Jonathan Marko | Review email from client sister re client need for conservator | 0.1 | $ | 1,600.00 | $ | 160.00 |
| 1/15/2026 | Jonathan Marko | Draft Motion for Attorney Fees and costs; begin compilation of hours worked on case | 8.4 | $ | 1,600.00 | $ | 13,440.00 |
| 1/17/2026 | Jonathan Marko | Continue compiling hours worked on case | 3.5 | $ | 1,600.00 | $ | 5,600.00 |
| 2/3/2026 | Jonathan Marko | Finalize compilation of hours worked on case | 1.2 | $ | 1,600.00 | $ | 1,920.00 |
| 2/4/2026 | Jonathan Marko | Draft and sign affidavit | 0.1 | $ | 1,600.00 | $ | 160.00 |
| | | **JONATHAN R. MARKO TOTAL ATTORNEY FEES** | 131.6 | | $1,600 | **$** | **210,560.00** |