# EXHIBIT 26

MARKO LAW
P: (313) 777-7LAW
F: (313) 771-5785
1300 BROADWAY ST. | 5TH FLOOR
DETROIT, MI 48226
MARKOLAW.COM

**AFFIDAVIT OF JONATHAN MARKO, Esq.**

STATE OF MICHIGAN )
) ss.
COUNTY OF WAYNE )

JONATHAN MARKO, Esq., deposes and states as follows:

1. That I am the attorney for the Plaintiff in the instant case, *Reiff v. Setty et. al.*

2. That each and every hour documented in Plaintiff's Motion for Attorney Fees and Costs was necessary and actually performed pursuant to this action to the best of my information and belief.

3. If called upon to testify, I will testify to the averments herein based upon my personal knowledge.

Further Affiant Sayeth Not.

________________________________
Jonathan Marko, Esq., Affiant

SUBSCRIBED AND SWORN TO BEFORE ME,
a Notary Public, this 4 day of 2, 2026
________________________________
Notary Public
Macomb, County, Michigan
(Acting In Wayne, County, Michigan)
My Commission Expires: 4/13/28