MARKO LAW
P: (313) 777-7LAW
F: (313) 771-5785
1300 BROADWAY ST. | 5TH FLOOR
DETROIT, MI 48226
MARKOLAW.COM

# EXHIBIT 30

| Date | Time Keeper | Activity | Time (hr.) | Rate | Fee |
|---|---|---|---|---|---|
| 11/19/2025 | Allie Farris | Text exchange with MLJ regarding expert research of Defendant's expert Losey | 0.2 | $ 350.00 | $ 70.00 |
| 11/19/2025 | Allie Farris | Review of client file and pleadings to prepare for trial | 3.6 | $ 350.00 | $ 1,260.00 |
| 11/19/2025 | Allie Farris | Draft and file appearance of counsel | 0.1 | $ 350.00 | $ 35.00 |
| 11/20/2025 | Allie Farris | Text exchange with MLJ regarding Final Facilitation | 0.3 | $ 350.00 | $ 105.00 |
| 11/20/2025 | Allie Farris | Review Email from RB regarding Trial Subpoenas | 0.1 | $ 350.00 | $ 35.00 |
| 11/20/2025 | Allie Farris | Drive to and attend final Facilitation with Bob Riley at Riley & Hurley's office in Southfield | 5.9 | $ 350.00 | $ 2,065.00 |
| 11/21/2025 | Allie Farris | Meeting with client and family post-final pretrial conference to determine next steps | 1.2 | $ 350.00 | $ 420.00 |
| 11/21/2025 | Allie Farris | Attended Joint Final Pretrial Conference and Impromptu Settlement Conference with client | 6 | $ 350.00 | $ 2,100.00 |
| 11/22/2025 | Allie Farris | Review of email from MLJ regarding Hanson's attending trial December 3-5 for cutting objections of de bene esse deps | 0.1 | $ 350.00 | $ 35.00 |
| 11/22/2025 | Allie Farris | Review email from MLJ regarding expert disclosure summaries ansd corresponding document verification | 0.5 | $ 350.00 | $ 175.00 |
| 11/23/2025 | Allie Farris | Text exchange with MLJ regarding video clippings for opening powerpoint | 0.4 | $ 350.00 | $ 140.00 |
| 11/24/2025 | Allie Farris | Review email correspondence with Darren Findling and opposing counsel regarding Findling's clarification of relationship to Plaintiff | 0.2 | $ 350.00 | $ 70.00 |
| 11/24/2025 | Allie Farris | Review email correspondence forwarded by MLJ regarding identity of Daniel David Reiff | 0.5 | $ 350.00 | $ 175.00 |
| 11/24/2025 | Allie Farris | Review ECF notice of minute entry for status conference | 0.1 | $ 350.00 | $ 35.00 |
| 11/24/2025 | Allie Farris | Review ECF notice for status conference set for 11/24/25 at 3:30 PM | 0.1 | $ 350.00 | $ 35.00 |
| 11/24/2025 | Allie Farris | Email to OPC regarding serving Tammy Reiff with trial subpoena/subpoena to Plaintiff, | 0.3 | $ 350.00 | $ 105.00 |
| 11/24/2025 | Allie Farris | Email correspondence with MLJ regarding Shiener testimony schedule | 0.2 | $ 350.00 | $ 70.00 |
| 11/24/2025 | Allie Farris | Email correspondence with Darren Findling regarding Conservator Order | 0.2 | $ 350.00 | $ 70.00 |
| 11/24/2025 | Allie Farris | Attend status conference via phone with all counsel regarding issues with witness scheduling/de bene esses | 0.5 | $ 350.00 | $ 175.00 |
| 11/25/2025 | Allie Farris | Reciept and review of email from MLJ regarding Defendant's filing of a Notice of Demand for Supplement | 0.2 | $ 350.00 | $ 70.00 |
| 11/25/2025 | Allie Farris | Email correspondence with Chris Putrycus regarding via cutting for trial prep | 0.2 | $ 350.00 | $ 70.00 |
| 11/26/2025 | Allie Farris | Zoom meeting with Tammy Reiff, Anna Reiff, and Adelia Reiff for trial preparation | 1.7 | $ 350.00 | $ 595.00 |
| 11/26/2025 | Allie Farris | Review zoom AI summary of meeting with clients with MLJ | 0.2 | $ 350.00 | $ 70.00 |
| 11/26/2025 | Allie Farris | Review rulings/contents of Joint Final Pretrial Order Transcript | 1.1 | $ 350.00 | $ 385.00 |
| 11/26/2025 | Allie Farris | Review of email from RB regarding proposed stip JFPTO final edits to submit to the court and review of redlines | 0.6 | $ 350.00 | $ 210.00 |
| 11/26/2025 | Allie Farris | Review of email correspondence with opposing counsel regarding JFPTO rulings/exhibit redactions/objections | 0.4 | $ 350.00 | $ 140.00 |
| 11/26/2025 | Allie Farris | Review of email correspondence from DC to OPC containing expert testimony summaries | 0.1 | $ 350.00 | $ 35.00 |
| 11/26/2025 | Allie Farris | Review email correspondence with opposing counsel regarding admission of medical records/photographs to use as trial exhibits | 0.2 | $ 350.00 | $ 70.00 |
| 11/26/2025 | Allie Farris | Review ECF notice of attorney appearance of JRM | 0.1 | $ 350.00 | $ 35.00 |
| 11/26/2025 | Allie Farris | Review ECF filing of final pretrial transcript | 0.1 | $ 350.00 | $ 35.00 |
| 11/26/2025 | Allie Farris | Reciept and review of email correspondence with MLJ, JRM, John Eads, and Chris Putrycus regarding the filing of a motion for Defendant's ex parte conversation with Plaintiff's PCP and review of attached example motions to file or bring in front of the court | 0.5 | $ 350.00 | $ 175.00 |
| 11/26/2025 | Allie Farris | MLJ Opening argument practice run/trial prep/feedback with entire trial team | 2.1 | $ 350.00 | $ 735.00 |

| | | | | | |
|---|---|---|---|---|---|
| 11/26/2025 | Allie Farris | Email correspondence with Dae'Aunee Charles regarding testimony summaries of later disclosed experts to provide to defense counsel prior to trial, as well as review of attached summary documents | 0.6 | $ 350.00 | $ 210.00 |
| 11/27/2025 | Allie Farris | Review of email email correspondence with OPC and MLJ regarding final exchange of exhibits | 0.2 | $ 350.00 | $ 70.00 |
| 11/27/2025 | Allie Farris | Additional review of remaining file and body worn camera videos in perparation for trial and took notes of things that seem to be best and worst evidence in the case | 2.7 | $ 350.00 | $ 945.00 |
| 11/28/2025 | Allie Farris | Review of Email from EM to Court requesting zoom show cause for remote appearances of defense witnesses | 0.3 | $ 350.00 | $ 105.00 |
| 11/29/2025 | Allie Farris | Text exchange with trial team regarding access to defendant's trial exhibits in Clio | 0.2 | $ 350.00 | $ 70.00 |
| 11/29/2025 | Allie Farris | Review of JRM dictated notes from MLJ trial opening practice run | 0.6 | $ 350.00 | $ 210.00 |
| 11/29/2025 | Allie Farris | Review of email from MLJ regarding Defendant exhibits uploaded to Eve | 0.1 | $ 350.00 | $ 35.00 |
| 12/1/2025 | Allie Farris | Text exchange with trial team regarding witness order for first day of trial and disclosure requirements | 0.2 | $ 350.00 | $ 70.00 |
| 12/1/2025 | Allie Farris | Review RB redline edits to our proposed draft stip order regarding wage loss | 0.2 | $ 350.00 | $ 70.00 |
| 12/1/2025 | Allie Farris | Review Dr. Hysini report and aid in preparing cross examination for de bene esse deposition scheduled to take place | 0.7 | $ 350.00 | $ 245.00 |
| 12/1/2025 | Allie Farris | Email correspondence with MLJ regarding pursing deposition transcripts for Cori Ingram | 0.2 | $ 350.00 | $ 70.00 |
| 12/1/2025 | Allie Farris | Email correspondence with DC regarding correct Sewick fee schedule to send to OPC as well as review of attached documents to compare | 0.4 | $ 350.00 | $ 140.00 |
| 12/1/2025 | Allie Farris | Draft stipulated order regarding dismissing plaintiff's wage loss claim | 0.4 | $ 350.00 | $ 140.00 |
| 12/1/2025 | Allie Farris | Attend De Bene Esse Deposition of Dr. Daniel Lin | 1.4 | $ 350.00 | $ 490.00 |
| 12/2/2025 | Allie Farris | Text exchange with trial team regarding deposition purging schedule | 0.1 | $ 350.00 | $ 35.00 |
| 12/2/2025 | Allie Farris | Text exchange with MLJ regarding demonstrative grapes for opening argument | 0.2 | $ 350.00 | $ 70.00 |
| 12/2/2025 | Allie Farris | Review of dep transcripts for Bain and Lin/purge transcripts | 1.4 | $ 350.00 | $ 490.00 |
| 12/2/2025 | Allie Farris | Reciept and review of inter office email regarding trial start time | 0.1 | $ 350.00 | $ 35.00 |
| 12/2/2025 | Allie Farris | Reciept and review of email from Jodi Matthews regarding ordering trial transcripts | 0.2 | $ 350.00 | $ 70.00 |
| 12/2/2025 | Allie Farris | Reciept and review of email from Hanson's containing de bene esse dep of Dr. Lin with requested purges | 0.1 | $ 350.00 | $ 35.00 |
| 12/2/2025 | Allie Farris | Reciept and review of email from DC containing zoom | 0.1 | $ 350.00 | $ 35.00 |
| 12/2/2025 | Allie Farris | Reciept and review of email correspondence with | 0.4 | $ 350.00 | $ 140.00 |
| 12/2/2025 | Allie Farris | Email correspondence with MLJ regarding purging dep transcripts for Michael Bain and Daniel Lin | 0.2 | $ 350.00 | $ 70.00 |
| 12/2/2025 | Allie Farris | Attend Trial all day for jury selection/voir dire and additional evidentiary issues brought up following jury selection | 8 | $ 350.00 | $ 2,800.00 |
| 12/2/2025 | Allie Farris | Assist MLJ with purging dep of Cori Ingram | 0.6 | $ 350.00 | $ 210.00 |
| 12/3/2025 | Allie Farris | Text exchange with MLJ regarding first full day of trial and non-emergency caller witness Danette Louzens | 0.1 | $ 350.00 | $ 35.00 |
| 12/3/2025 | Allie Farris | Review of Khan and MacPherson transcripts | 0.9 | $ 350.00 | $ 315.00 |
| 12/3/2025 | Allie Farris | Reciept and review of email from MLJ regarding Khan and Macpherson transcripts | 0.1 | $ 350.00 | $ 35.00 |
| 12/3/2025 | Allie Farris | Reciept and review of email from EM containing ECF Attorney Notification of proposed order submission | 0.1 | $ 350.00 | $ 35.00 |
| 12/3/2025 | Allie Farris | Reciept and review of email correspondence with opposing counsel regarding stip order re HIPPA, Sewick record status and updated report, and admissibility | 0.6 | $ 350.00 | $ 210.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/3/2025 | Allie Farris | Reciept and review of email correspondence with MLJ and OPC regarding final deposition purges for Lin and Bain, as well as review of OPC's dep purges of Ingram and Bain/review of attached redlines | 0.6 | $ 350.00 | $ 210.00 |
| 12/3/2025 | Allie Farris | Call with MLJ regarding witness Danette Louzens preparation/direct examination | 0.1 | $ 350.00 | $ 35.00 |
| 12/3/2025 | Allie Farris | Attend trial for first day of witnesses | 8 | $ 350.00 | $ 2,800.00 |
| 12/4/2025 | Allie Farris | Text exchange with MLJ regarding closing argument ideas | 0.2 | $ 350.00 | $ 70.00 |
| 12/4/2025 | Allie Farris | Review, annotate, and highlight opening arguments/Joint Final Pretrial Rulings in transcripts for MLJ to use in notes for direct and cross exam of witnesses throughout trial and all contradictions/lies proferred during | 2.3 | $ 350.00 | $ 805.00 |
| 12/4/2025 | Allie Farris | Reciept and review of email from Jodi Matthews regarding ordered trial transcripts | 0.1 | $ 350.00 | $ 35.00 |
| 12/4/2025 | Allie Farris | Reciept and review of email correspondence with opposing counsel regarding copies of Khan, MacPherson transcripts and clean copies | 0.1 | $ 350.00 | $ 35.00 |
| 12/4/2025 | Allie Farris | Inter-office discussion with MLJ regarding closing argument powerpoint ideas | 0.4 | $ 350.00 | $ 140.00 |
| 12/4/2025 | Allie Farris | Call to CH regarding how to order trial transcripts and whether they should be ordered for what dates/etc. | 0.3 | $ 350.00 | $ 105.00 |
| 12/5/2025 | Allie Farris | Reciept and review of email with MLJ regarding additional potential closing argument power point ideas | 0.2 | $ 350.00 | $ 70.00 |
| 12/5/2025 | Allie Farris | Reciept and review of email from CH and MLJ regarding trial transcript invoices and status of orders | 0.1 | $ 350.00 | $ 35.00 |
| 12/5/2025 | Allie Farris | Reciept and review of email correspondence with OPC regarding SSD Stip order and additional NOD for De Bene esse deps of Defense experts | 0.3 | $ 350.00 | $ 105.00 |
| 12/5/2025 | Allie Farris | Reciept and review of email correspondence between MLJ and OPC regarding final Cori Ingram dep objections | 0.1 | $ 350.00 | $ 35.00 |
| 12/5/2025 | Allie Farris | Creation of closing power point for MLJ | 1.7 | $ 350.00 | $ 595.00 |
| 12/6/2025 | Allie Farris | Review of ECF notice of Trial Transcript filing | 0.1 | $ 350.00 | $ 35.00 |
| 12/7/2025 | Allie Farris | Text exchange with trial team regarding production of sewick reports for 4/11 and also documents published during course of trial to mark for admitted exhibits | 0.3 | $ 350.00 | $ 105.00 |
| 12/8/2025 | Allie Farris | Review of ECF notice regarding jury trial held on 12/5/25 | 0.1 | $ 350.00 | $ 35.00 |
| 12/8/2025 | Allie Farris | Review of ECF notice regarding continued jury trial on 12/8/25 | 0.1 | $ 350.00 | $ 35.00 |
| 12/8/2025 | Allie Farris | Email Correspondence with Noah Overby (IT) regarding access to one drive link of Plaintiff's exhibits to facilitation summary in Reiff | 0.2 | $ 350.00 | $ 70.00 |
| 12/8/2025 | Allie Farris | Attend trial and participate in post-trial discussion/strategic planning | 8 | $ 350.00 | $ 2,800.00 |
| 12/9/2025 | Allie Farris | Text exchange with MLJ regarding Ryan Kubinec and Krista Lile Deposition preparation for cross exam per background research | 0.1 | $ 350.00 | $ 35.00 |
| 12/9/2025 | Allie Farris | Review of trial transcripts from 12/3 and 12/4 of Officer Setty testimony for MLJ closing | 0.9 | $ 350.00 | $ 315.00 |
| 12/9/2025 | Allie Farris | Review of trial transcript from 12/5 | 0.6 | $ 350.00 | $ 210.00 |
| 12/9/2025 | Allie Farris | Review of ECF notice regarding transcript of trial for 12/8/25 | 0.1 | $ 350.00 | $ 35.00 |
| 12/9/2025 | Allie Farris | Reciept and review of invoice from Matthews Reporting Inc of trial transcripts from 12/3 and 12/4 and downloading/saving to file | 0.2 | $ 350.00 | $ 70.00 |
| 12/9/2025 | Allie Farris | Reciept and review of email from Jodi Matthews containing attachments of transcripts from 12/5/downloaded and saved to file. | 0.2 | $ 0.10 | $ 0.02 |
| 12/9/2025 | Allie Farris | Reciept and review of email from Jodi Matthews concerning forwarding additional certified copies of transcripts | 0.1 | $ 350.00 | $ 35.00 |
| 12/9/2025 | Allie Farris | Reciept and review of email from DC inviting MLJ and AJF to a telephone conference with court on 12/10/25 | 0.1 | $ 350.00 | $ 35.00 |
| 12/9/2025 | Allie Farris | Email correspondence with Jodi Matthews regarding ordering trial transcripts for 12/3 and 12/4 | 0.3 | $ 350.00 | $ 105.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/9/2025 | Allie Farris | Call with MLJ regarding trial preparation for next day | 0.1 | $ | 350.00 | $ | 35.00 |
| 12/9/2025 | Allie Farris | Attend De Bene Esse Depositions of Ryan Kubinec and Krista Lyle, and perform research of their background/potential testimony of them for MLJ review | 2 | $ | 350.00 | $ | 700.00 |
| 12/10/2025 | Allie Farris | Text exchange with trial team regarding our response to defendant's objections for Plaintiff's trial exhibits finalized | 0.1 | $ | 350.00 | $ | 35.00 |
| 12/10/2025 | Allie Farris | Recipet and review of emails with Court clerk and opposing counsel regarding expert reports and defendant's objections | 0.3 | $ | 350.00 | $ | 105.00 |
| 12/10/2025 | Allie Farris | Reciept and review of email sent by DC to opposing counsel containing the final verdict form formatting | 0.1 | $ | 350.00 | $ | 35.00 |
| 12/10/2025 | Allie Farris | Reciept and review of email from RB with Ryan Kubinec designation list report and review of attached file | 0.2 | $ | 350.00 | $ | 70.00 |
| 12/10/2025 | Allie Farris | Reciept and review of email from RB regarding jury instructions | 0.1 | $ | 350.00 | $ | 35.00 |
| 12/10/2025 | Allie Farris | Reciept and review of email from RB for Krista Lile and Ryan Kubinec Dep Trans/videos | 0.2 | $ | 350.00 | $ | 70.00 |
| 12/10/2025 | Allie Farris | Reciept and review of email from RB advising defense no longer intends to call Kezlarian or Losey. | 0.1 | $ | 350.00 | $ | 35.00 |
| 12/10/2025 | Allie Farris | Reciept and review of email from CR containing Kubinek De Bene Esse Transcript and objections | 0.2 | $ | 350.00 | $ | 70.00 |
| 12/10/2025 | Allie Farris | Reciept and review of email correspondence and attached documents with OPC regarding proposed jury instructions and verdict forms/objections | 0.5 | $ | 350.00 | $ | 175.00 |
| 12/10/2025 | Allie Farris | Reciept and review of ECF notice for proposed jury instruction filing | 0.1 | $ | 350.00 | $ | 35.00 |
| 12/10/2025 | Allie Farris | Attend trial and participate in post-trial discussion/strategic planning | 8 | $ | 350.00 | $ | 2,800.00 |
| 12/11/2025 | Allie Farris | Text exchange with trial team regarding Trial exhibit dispute with Defendants and the admission of insurance payments in medical bills | 0.4 | $ | 350.00 | $ | 140.00 |
| 12/11/2025 | Allie Farris | Review of ECF notice regarding jury trial on 12/11/25 continued | 0.1 | $ | 350.00 | $ | 35.00 |
| 12/11/2025 | Allie Farris | Review Defendant's flashdrive of all trial exhibits prior to providing to jury | 1.3 | $ | 350.00 | $ | 455.00 |
| 12/11/2025 | Allie Farris | Reciept and review of email from RB regarding handling trial exhibits to provide to jury and court | 0.2 | $ | 350.00 | $ | 70.00 |
| 12/11/2025 | Allie Farris | Reciept and review of email from OPC contained link with their final trial exhibits | 0.1 | $ | 350.00 | $ | 35.00 |
| 12/11/2025 | Allie Farris | Reciept and review of email from Lauren Courtney containing attached proposed final jury instruction format based on hearing after trial on 12/11/25 | 0.1 | $ | 350.00 | $ | 35.00 |
| 12/11/2025 | Allie Farris | Reciept and review of email from Fortz Legal production containing video and transcript of Krista Lyle de bene esse deposition | 0.2 | $ | 350.00 | $ | 70.00 |
| 12/11/2025 | Allie Farris | Reciept and review of email from CH to team regarding Reiff trial closing time and schedule | 0.2 | $ | 350.00 | $ | 70.00 |
| 12/11/2025 | Allie Farris | Purging of Kubinek's dep transcript | 0.3 | $ | 350.00 | $ | 105.00 |
| 12/11/2025 | Allie Farris | In-depth review of all of defendant's proposed final trial exhibits and then took notes with issues/referenced joint final pretrial order and trial notes per judge's rulings throughout case | 1.2 | $ | 350.00 | $ | 420.00 |
| 12/11/2025 | Allie Farris | ECF minute entry notice review for telephonic conference with Court regarding objections to witness testimony held on 12/10/25 | 0.1 | $ | 350.00 | $ | 35.00 |
| 12/11/2025 | Allie Farris | Call with Fortz Legal reporting to order video/transcript of Krista Lyle Dep for rebuttal since not provided with copies by Defendants | 0.5 | $ | 350.00 | $ | 175.00 |
| 12/11/2025 | Allie Farris | Attend trial and participate in post-trial discussion/strategic planning | 8.2 | $ | 350.00 | $ | 2,870.00 |
| 12/11/2025 | Allie Farris | Attend trial and participate in post-trial discussion/strategic planning | 7.2 | $ | 350.00 | $ | 2,520.00 |
| 12/12/2025 | Allie Farris | Text exchange with trial team regarding whether we can have a tv in the jury room and additional questions sent out | 0.2 | $ | 350.00 | $ | 70.00 |
| 12/12/2025 | Allie Farris | Reciept and review of ECF notice inute entry regarding jury deliberations on 12/12/25 | 0.1 | $ | 350.00 | $ | 35.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/12/2025 | Allie Farris | Preparation of all of Plaintiff's final trial exhibits and uploaded to a sharepoint link and shared with defense counsel and put on flash drive. | 1.5 | $ 350.00 | $ 525.00 |
| 12/12/2025 | Allie Farris | Email correspondence with DC regarding Plaintiff's final trial exhibits | 0.1 | $ 350.00 | $ 35.00 |
| 12/12/2025 | Allie Farris | Attend trial for Court to read jury instructions to jurors and explain verdict form/sit with MLJ while jury deliberates | 4.2 | $ 350.00 | $ 1,470.00 |
| 12/13/2025 | Allie Farris | Reciept and review of email correspondence with CP regarding punitive damages for jury instructions and review of research memo attached to email | 0.3 | $ 350.00 | $ 105.00 |
| 12/13/2025 | Allie Farris | Reciept and review of ECF minute entry regarding jury transcript filing for 12/11/25 | 0.1 | $ 350.00 | $ 35.00 |
| 12/14/2025 | Allie Farris | Text exchange with trial team regarding RB and PP calling and leaving messages for Tammy Reiff asking her if she wants to settle ex-parte and plan for how to handle it with the court/briefing duties | 0.5 | $ 350.00 | $ 175.00 |
| 12/14/2025 | Allie Farris | Research regarding defense counsel's ex parte phone calls/messages to client's mom and impropriety related arguments to prepare for status conference in judge's chambers | 1.2 | $ 350.00 | $ 420.00 |
| 12/14/2025 | Allie Farris | Reciept and review of email from Lauren Courtney regarding the submission of additional briefing for Defendant's contacting Plaintiff's mom and trying to convince her she should advise Plaintiff to settle ex-parte | 0.1 | $ 350.00 | $ 35.00 |
| 12/14/2025 | Allie Farris | Reciept and review of ECF minute entry regarding jury transcript filing for 12/12/25 | 0.1 | $ 350.00 | $ 35.00 |
| 12/15/2025 | Allie Farris | Text exchange with trial team regarding RB talking to our client about how much money he should take in a settlement | 0.1 | $ 350.00 | $ 35.00 |
| 12/15/2025 | Allie Farris | Review of ECF minute entry for notice of correction for jury verdict form/corrected verdict form and sealed jury notes | 0.3 | $ 350.00 | $ 105.00 |
| 12/15/2025 | Allie Farris | Review of ECF minute entry for jury trial held and completed on 12/15/25 | 0.1 | $ 350.00 | $ 35.00 |
| 12/15/2025 | Allie Farris | Review of ECF minute entry for amended jury instructions | 0.1 | $ 350.00 | $ 35.00 |
| 12/15/2025 | Allie Farris | Review of ECF minute entry containing jury verdict form | 0.1 | $ 350.00 | $ 35.00 |
| 12/15/2025 | Allie Farris | Reciept and review of email from Melissa Siegel regarding Reiff verdict | 0.1 | $ 350.00 | $ 35.00 |
| 12/15/2025 | Allie Farris | Reciept and review of email from DC containing signed and submitted jury verdict form | 0.2 | $ 350.00 | $ 70.00 |
| 12/15/2025 | Allie Farris | Reciept and review of email correspondence with marko law office regarding verdict in case reached | 0.2 | $ 350.00 | $ 70.00 |
| 12/15/2025 | Allie Farris | Reciept and review of ECF minute entry containing jury instructions | 0.1 | $ 350.00 | $ 35.00 |
| 12/15/2025 | Allie Farris | Listen to Court read the jury's verdict form and meet with clients post-verdict to discuss future | 3 | $ 350.00 | $ 1,050.00 |
| 12/15/2025 | Allie Farris | Attend conference in Judge's chambers regarding Defendant's ex parte contact with Plaintiff's family to attempt to impose settlement. | 0.2 | $ 350.00 | $ 70.00 |
| 12/16/2025 | Allie Farris | Reciept and review of email and 9 attached documents of examples for Plaintiff's motion for taxable costs and petition for attorney fees to be filed, along with additional pointers from CP | 0.9 | $ 350.00 | $ 315.00 |
| 12/17/2025 | Allie Farris | Reciept and review of email correspondence with JRM, CP, and MLJ regarding deadline for Attorney Fee Petition and Taxable Costs | 0.2 | $ 350.00 | $ 70.00 |
| 12/17/2025 | Allie Farris | Meeting with MLJ and CP regarding content of Motion for Taxable costs and attorney fee petition | 0.5 | $ 350.00 | $ 175.00 |
| 12/18/2025 | Allie Farris | Reciept and review of email from MLJ containing Dr. Ramirez dep invoice and billing statements for daniel reiff, and review of attached documents | 0.4 | $ 350.00 | $ 140.00 |
| 12/20/2025 | Allie Farris | Creation of table for motion for taxable costs and began drafting | 1.9 | $ 350.00 | $ 665.00 |
| 12/22/2025 | Allie Farris | Continue drafting motion for taxable costs and ensure we have updated invoices | 4.2 | $ 350.00 | $ 1,470.00 |
| 12/23/2025 | Allie Farris | Review of ED Mich Court rules regarding taxable costs for finalization of draft | 1.1 | $ 350.00 | $ 385.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12/28/2025 | Allie Farris | Begin organizing attached exhibits and invoices for Plaintiff's motion for taxable costs | 0.7 | $ 350.00 | $ 245.00 |
| 12/29/2025 | Allie Farris | Finalize attached invoices for Plaintiff's motin for taxable costs | 0.5 | $ 350.00 | $ 175.00 |
| 1/3/2026 | Allie Farris | Prepare and draft portion of attorney fee petition assigned to me | 3.6 | $ 350.00 | $ 1,260.00 |
| 1/5/2026 | Allie Farris | Gather all hours in excel sheet with rate for attorney fee petition | 5.1 | $ 350.00 | $ 1,785.00 |
| 1/8/2026 | Allie Farris | Review ECF notice minute entry regarding entry of judgement | 0.1 | $ 350.00 | $ 35.00 |
| 1/8/2026 | Allie Farris | Correspond with MLJ in his office regarding due dates for attorney fee petition and motion for taxable costs, and also discuss possibillities if appeal is filed within 28 day period | 0.2 | $ 350.00 | $ 70.00 |
| 1/20/2026 | Allie Farris | Review ECF notice minute entry regarding transcript of jury trial on 12/15/25 | 0.1 | $ 350.00 | $ 35.00 |
| 2/1/2026 | Allie Farris | Review/edit bio in attorney fee petition | 0.5 | $ 350.00 | $ 175.00 |
| 2/2/2026 | Allie Farris | Meet with Jared Reardon and MLJ to discuss finalizing attorney fee petition | 0.2 | $ 350.00 | $ 70.00 |
| 2/3/2026 | Allie Farris | Draft and sign affidavit for attorney fee petition | 0.1 | $ 350.00 | $ 35.00 |

| | | | |
|---|---|---|---|
| **TOTAL ALLIE FARRIS FEE** | **140.6** | **$ 350.00** | **$ 49,140.02** |