**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DANIEL REIFF,

Plaintiff,

-vs-

OFFICER BROC SETTY, in his individual capacity, and CLINTON TOWNSHIP,

Defendants.

Case No. 2:23-cv-10513

Hon. Laurie J. Michelson

---

**AMENDED JUDGMENT**

---

On June 1, 2026 the Court awarded Plaintiff attorney fees and costs totaling $638, 643 [ECF No. 129]. It was ordered interest on the attorney fees and costs shall accrue from June 1, 2026 at the rate of 3.8% [ECF 149]. IT IS ORDERED that as of August 6, 2026 the interest on attorney fees and costs totals $4,255.36

On January 8, 2026, Judgment was entered awarding Plaintiff $4,050,000 as damages [ECF No. 111]. Interest on the amount of the Judgment awarding damages accrues at the rate of 3.48% from January 8, 2026. IT IS FURTHER ORDERED that as of August 6, 2026 the interest on damages totals $80,317.12.

IT IS ORDERED that Reiff can recovery from Setty the amount of $4,773,215.48 on Reiff's Fourth Amendment excessive-force claim.

Dated this 10th day of August 2026 in Detroit, Michigan.

Dated: August 10, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE